B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**S&S Steel Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**35-1686723** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**444 East 29th Street**<br>**Anderson, IN**　　　　　　　ZIP Code **46016** | Street Address of Joint Debtor (No. and Street, City, and State):　　　　　　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Madison** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　　　　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　　　　　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):　　**444 East 29th Street**<br>　　**Anderson, IN 46016** | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**S&S Steel Services, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                           Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**S&S Steel Services, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X  **/s/ Jay P. Kennedy**<br>Signature of Attorney for Debtor(s)<br><br>**Jay P. Kennedy 5477-49**<br>Printed Name of Attorney for Debtor(s)<br><br>**Kroger, Gardis & Regas, LLP**<br>Firm Name<br><br>**111 Monument Circle**<br>**Suite 900**<br>**Indianapolis, IN 46204**<br><br>Address<br><br>**317-692-9000  Fax: 317-264-6832**<br>Telephone Number<br><br>**August 31, 2015**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **/s/ Barry Sharp**<br>Signature of Authorized Individual<br><br>**Barry Sharp**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**August 31, 2015**<br>Date | |

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Southern District of Indiana

In re    **S&S Steel Services, Inc.**              Case No.
                                 Debtor(s)      Chapter    **11**

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allied Steel Industries<br>33 Rock Hill Road, Suite 100<br>Bala Cynwyd, PA 19004 | Allied Steel Industries<br>33 Rock Hill Road, Suite 100<br>Bala Cynwyd, PA 19004 | Trade Debt | | 39,994.90 |
| Anchor Steel, LLC<br>P.O. Box 989<br>Spring House, PA 19477 | Anchor Steel, LLC<br>P.O. Box 989<br>Spring House, PA 19477 | Trade Debt | | 128,409.44 |
| Arcelormittal USA Inc.<br>25465 Network Place<br>Chicago, IL 60673 | Arcelormittal USA Inc.<br>25465 Network Place<br>Chicago, IL 60673 | Trade Debt | | 81,551.60 |
| Blue Fin Steel Corp.<br>36 Toronto St.<br>Suite 850<br>Toronto, ON | Blue Fin Steel Corp.<br>36 Toronto St.<br>Suite 850<br>Toronto, ON | Trade Debt | | 102,219.27 |
| Commerce Steel Corp.<br>2900 Union Lake Road<br>Commerce Township, MI 48382 | Commerce Steel Corp.<br>2900 Union Lake Road<br>Commerce Township, MI 48382 | Trade Debt | | 55,467.98 |
| Delaware Steel Company<br>535-102 Pennsylvania Avene<br>Fort Washington, PA 19034 | Delaware Steel Company<br>535-102 Pennsylvania Avene<br>Fort Washington, PA 19034 | Trade Debt | | 96,227.82 |
| Doral Steel<br>Dept. 78700<br>P.O. Box 7800<br>Detroit, MI 48278 | Doral Steel<br>Dept. 78700<br>P.O. Box 7800<br>Detroit, MI 48278 | Trade Debt | | 42,677.53 |
| Impact Steel Inc.<br>1551 Academy Avenue<br>Ferndale, MI 48220 | Impact Steel Inc.<br>1551 Academy Avenue<br>Ferndale, MI 48220 | Trade Debt | | 133,632.90 |
| Lee Steel Corp.<br>45525 Grand River Avenue<br>Frankenmuth, MI 48734 | Lee Steel Corp.<br>45525 Grand River Avenue<br>Frankenmuth, MI 48734 | Trade Debt | | 83,279.81 |
| Mainline Metals Inc.<br>21 Bala Avenue<br>Bala Cynwyd, PA 19004 | Mainline Metals Inc.<br>21 Bala Avenue<br>Bala Cynwyd, PA 19004 | Trade Debt | | 42,240.47 |
| Mill Steel Company<br>Dept 77484<br>P.O. Box 7700<br>Detroit, MI 48277 | Mill Steel Company<br>Dept 77484<br>P.O. Box 7700<br>Detroit, MI 48277 | Trade Debt | | 114,769.14 |

B4 (Official Form 4) (12/07) - Cont.

In re **S&S Steel Services, Inc.**  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Motion Industries** P.O. Box 98412 Chicago, IL 60693 | **Motion Industries** P.O. Box 98412 Chicago, IL 60693 | **Trade Debt** | | 42,855.13 |
| **Olympic Steel Inc.** Dept CH 16475 Palatine, IL 60055 | **Olympic Steel Inc.** Dept CH 16475 Palatine, IL 60055 | **Trade Debt** | | 56,200.45 |
| **Pacific Steel** 2960 Hixon Road Rochester, MI 48306 | **Pacific Steel** 2960 Hixon Road Rochester, MI 48306 | **Trade Debt** | | 48,207.05 |
| **Premium Steel Sale** 23555 Euclid Avenue Euclid, OH 44117 | **Premium Steel Sale** 23555 Euclid Avenue Euclid, OH 44117 | **Trade Debt** | | 49,992.25 |
| **Steel Technologies, Inc.** 15166 Collections Center Drive Chicago, IL 60693 | **Steel Technologies, Inc.** 15166 Collections Center Drive Chicago, IL 60693 | **Trade Debt** | | 134,936.78 |
| **Surplus Metals Corp** 32 Parking Plaza, Suite 301 Ardmore, PA 19003 | **Surplus Metals Corp** 32 Parking Plaza, Suite 301 Ardmore, PA 19003 | **Trade Debt** | | 67,551.04 |
| **Target Steel, Inc.** Department 78017 P.O. Box 77000 Detroit, MI 48278 | **Target Steel, Inc.** Department 78017 P.O. Box 77000 Detroit, MI 48278 | **Trade Debt** | | 188,743.05 |
| **United States Steel** 6800 Reliable Parkway Chicago, IL 60686 | **United States Steel** 6800 Reliable Parkway Chicago, IL 60686 | **Trade Debt** | | 61,580.48 |
| **West Walker Steel Company** 5757 Clay Avenue SW Grand Rapids, MI 49548 | **West Walker Steel Company** 5757 Clay Avenue SW Grand Rapids, MI 49548 | **Trade Debt** | | 217,430.44 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 31, 2015**          Signature  **/s/ Barry Sharp**  
**Barry Sharp**  
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Indiana

In re   **S&S Steel Services, Inc.**                                   Case No.
                                    Debtor(s)                          Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 31, 2015**                 **/s/ Barry Sharp**
                                            **Barry Sharp**/**President**
                                            Signer/Title

ALLIED STEEL INDUSTRIES  
33 ROCK HILL ROAD, SUITE 100  
BALA CYNWYD, PA 19004

ANCHOR STEEL, LLC  
P.O. BOX 989  
SPRING HOUSE, PA 19477

ARCELORMITTAL USA INC.  
25465 NETWORK PLACE  
CHICAGO, IL 60673

BLUE FIN STEEL CORP.  
36 TORONTO ST.  
SUITE 850  
TORONTO, ON

COMMERCE STEEL CORP.  
2900 UNION LAKE ROAD  
COMMERCE TOWNSHIP, MI 48382

DELAWARE STEEL COMPANY  
535-102 PENNSYLVANIA AVENE  
FORT WASHINGTON, PA 19034

DORAL STEEL  
DEPT. 78700  
P.O. BOX 7800  
DETROIT, MI 48278

```
IMPACT STEEL INC.
1551 ACADEMY AVENUE
FERNDALE, MI 48220




LEE STEEL CORP.
45525 GRAND RIVER AVENUE
FRANKENMUTH, MI 48734




MAINLINE METALS INC.
21 BALA AVENUE
BALA CYNWYD, PA 19004




MILL STEEL COMPANY
DEPT 77484
P.O. BOX 7700
DETROIT, MI 48277




MOTION INDUSTRIES
P.O. BOX 98412
CHICAGO, IL 60693




OLYMPIC STEEL INC.
DEPT CH 16475
PALATINE, IL 60055




PACIFIC STEEL
2960 HIXON ROAD
ROCHESTER, MI 48306
```

PREMIUM STEEL SALE
23555 EUCLID AVENUE
EUCLID, OH 44117


STEEL TECHNOLOGIES, INC.
15166 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


SURPLUS METALS CORP
32 PARKING PLAZA, SUITE 301
ARDMORE, PA 19003


TARGET STEEL, INC.
DEPARTMENT 78017
P.O. BOX 77000
DETROIT, MI 48278


UNITED STATES STEEL
6800 RELIABLE PARKWAY
CHICAGO, IL 60686


WELLS FARGO BANK, NATIONAL ASSOCIATION
C/O JAY JAFFE
600 EAST 96TH STREET, SUITE 600
INDIANAPOLIS, IN 46240


WEST WALKER STEEL COMPANY
5757 CLAY AVENUE SW
GRAND RAPIDS, MI 49548

# United States Bankruptcy Court
## Southern District of Indiana

In re  **S&S Steel Services, Inc.**                                    Case No.
                                      Debtor(s)                         Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **S&S Steel Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 31, 2015**                                    /s/ Jay P. Kennedy
Date                                                   **Jay P. Kennedy 5477-49**
                                                       Signature of Attorney or Litigant
                                                       Counsel for  **S&S Steel Services, Inc.**
                                                       **Kroger, Gardis & Regas, LLP**
                                                       **111 Monument Circle**
                                                       **Suite 900**
                                                       **Indianapolis, IN 46204**
                                                       **317-692-9000 Fax:317-264-6832**