UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| S&S STEEL SERVICES, INC. | ) | CASE NO.   15-07401-JJG-11 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

**AMENDED APPOINTMENT AND NOTICE OF APPOINTMENT OF
MEMBERS TO THE UNSECURED CREDITOR COMMITTEE**
(CORRECTED SPELLING AND CONTACT INFORMATION)

Pursuant to 11 U.S.C. Section 1102(a)(1), the undersigned hereby appoints the following members to serve on the Committee of Creditors Holding Unsecured Claims:

Lisa Goldenberg, President
Delaware Steel Co of PA
535 Pennsylvania Ave, Suite 102
Fort Washington, PA 19034
Tel:   (215) 654-8285
Fax:   (215) 654-8337
Email: Lisa.Goldenberg@delawaresteel.com

Eric Kaminoff, President
Anchor Steel
829 N. Bethlehem Pike
Spring House, PA 19477
Tel:   (215) 641-9015
Fax:   (215) 643-9299
Email:   rick@anchorsteel.com

Joseph J. Susnak, General Manager
West Walker Steel
5757 Clay Avenue SW
Grand Rapids, MI 49548
Tel:   (616) 538-4305
Fax:   (616) 538-1186
Email:   jsusnak@westwalkersteel.com

Judy Moriartey, Office Manager
Impact Steel, Inc
1551 Academy Avenue

Ferndale, MI 48220
Tel:   (313) 850-9079
Email:   Judym@impactsteel.com

Christy Ferko, Corporate Counsel
Steel Technologies LLC
700 N. Hurstbourne Parkway, Suite 400
Louisville, KY 40202
Tel:   (502) 253-9790
Email:   cferko@sttxna.com


Respectfully submitted,

NANCY J. GARGULA
UNITED STATES TRUSTEE

By      /s/ Beth Kramer___
        Beth Kramer, Trial Attorney
        Office of United States Trustee
        101 West Ohio Street, Suite 1000
        Indianapolis, IN   46204
        Tel:   (317) 226-6101
        Fax:   (317) 226-6356
        Email: Beth.Kramer@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2015, a copy of the foregoing **NOTICE OF APPOINTMENT OF MEMBERS TO THE UNSECURED CREDITOR COMMITTEE** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

jpk@kgrlaw.com
jak@kgrlaw.com
hkm@kgrlaw.com
ads@kgrlaw.com
kayla.britton@faegrebd.com
jay.jaffe@faegrebd.com

I further certify that on September 16, 2015, a copy of the foregoing **NOTICE OF APPOINTMENT OF MEMBERS TO THE UNSECURED CREDITOR COMMITTEE** was emailed to all the members of the Committee:

Lisa Goldenberg, President
Email: Lisa.Goldenberg@delawaresteel.com

Eric Kaminoff, President
Email:   rick@anchorsteel.com

Joseph J. Susnak, General Manager
Email:   jsusnak@westwalkersteel.com

Judy Moriartey, Office Manager
Email:   Judym@impactsteel.com

Christy Ferko, Corporate Counsel
Email:   cferko@sttxna.com

I further certify that on September 16, 2015, a copy of the foregoing **NOTICE OF APPOINTMENT OF MEMBERS TO THE UNSECURED CREDITOR COMMITTEE** was mailed via U.S. Postal Service, postage prepaid to the following:

S&S Steel Services, Inc.
444 East 29th Street
Anderson, IN 46016

/s/ Beth Kramer
Beth Kramer
Trial Attorney