# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| S&S STEEL SERVICES, INC., | ) | Case No.  15-07401-JJG |
| | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

Henry A. Efroymson of Ice Miller LLP, hereby enters his appearance as counsel for the Unsecured Creditors Committee.  The undersigned requests that he receive copies of all pleadings, filings, orders, and notices at the following address:

/s/ Henry A. Efroymson
Henry A. Efroymson
ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN   46282-0200
Telephone:   (317) 236-2100
Facsimile:   (317- 592-4643
Henry.efroymson@icemiller.com

*Proposed Counsel for Unsecured Creditors Committee*

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

I\6333514.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2015, I electronically filed the foregoing pleading with the Clerk of the Court using the cm/ecf system which sent notification of such filing to the U.S. Trustee and all parties receiving cm/ecf notice in this proceeding.

      /s/ Henry A. Efroymson
      Henry A. Efroymson

I\6333514.1