**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| S&S STEEL SERVICES, INC., | ) | Case No.   15-07401-JJG |
| | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

Sarah L. Fowler of Ice Miller LLP, hereby enters her appearance as counsel for the Official Committee of Unsecured Creditors.  The undersigned requests that she receive copies of all pleadings, filings, orders, and notices at the following address:

>Sarah L. Fowler
>ICE MILLER LLP
>One American Square
>Suite 2900
>Indianapolis, IN   46282-0200
>Telephone:   (317) 236-2100
>Facsimile:   (317- 592-4257
>Sarah.Fowler@icemiller.com

>Respectfully submitted,
>
>ICE MILLER, LLP
>
>By: /s/ Sarah L. Fowler
>  Sarah L. Fowler
>  ICE MILLER LLP
>  One American Square, Suite 2900
>  Indianapolis, Indiana 46282-0200
>  (317) 236-2120 Telephone
>  (317) 592-4257 Facsimile
>  Sarah.Fowler@icemiller.com

I\6333429.1

## CERTIFICATE OF SERVICE

    I hereby certify that on September 28, 2015, I electronically filed the foregoing pleading with the Clerk of the Court using the cm/ecf system which sent notification of such filing to the U.S. Trustee and all parties receiving cm/ecf notice in this proceeding.

                                                  /s/ Sarah L. Fowler
                                                  Sarah L. Fowler