# Steel Consultants Invoice

Steel Consultants, Inc.

PO Box 3057
Munster, IN 46321
219-923-9496
SteelConsultants.Inc@gmail.com

Invoice No.: 10012015-22
Invoice Date: November 3, 2015
Period Covered: 8/31 - 9/30
Bill To: Michael Evans
S&S Steel Services, Inc.
Address: 444 East 29th Street.
Anderson, IN 46016
Phone:
Email: michaele@sssteelservices.com
Fax:

| Employee | Hours | Rate | Amount |
|---|---|---|---|
| Robert Campeau - week of 8/31 | 28.5 | $ 275.00 | $ 7,837.50 |
| Robert Campeau - week of 9/7 | 34.2 | $ 275.00 | $ 9,405.00 |
| Robert Campeau - week of 9/14 | 36.8 | $ 275.00 | $ 10,120.00 |
| Robert Campeau - week of 9/21 | 44.7 | $ 275.00 | $ 12,292.50 |
| Robert Campeau - 9/28 - 9/30 | 24.8 | $ 275.00 | $ 6,820.00 |
| David Pryzbylski - week of 8/31 | 2.5 | $ 400.00 | $ 1,000.00 |
| David Pryzbylski - week of 9/7 | 2.7 | $ 400.00 | $ 1,080.00 |
| David Pryzbylski - week of 9/14 | 2.8 | $ 400.00 | $ 1,120.00 |
| David Pryzbylski - week of 9/21 | 2.8 | $ 400.00 | $ 1,120.00 |
| David Pryzbylski - 9/28 - 9/30 | 1.3 | $ 400.00 | $ 520.00 |
| | | Invoice Subtotal | $ 51,315.00 |
| | | Other | - |
| | | Expenses | $ 7,678.33 |
| **TOTAL TO BE PAID (80% of fees, 100% of expenses)** | | $ | **48,730.33** |