# Steel Consultants Invoice

Steel Consultants, Inc.

PO Box 3057
Munster, IN 46321
219-923-9496
SteelConsultants.Inc@gmail.com

Invoice No. 11012015-23
Invoice Date: November 17, 2015
Period Covered: 10/1 - 11/2
Bill To: Michael Evans
S&S Steel Services, Inc.
Address: 444 East 29th Street.
Anderson, IN 46016
Phone:
Email: michaele@sssteelservices.com
Fax:

| Employee | Hours | Rate | Amount |
|---|---|---|---|
| Robert Campeau - week of 10/1 | 8.9 | $ 275.00 | $ 2,447.50 |
| Robert Campeau - week of 10/5 | 27.4 | $ 275.00 | $ 7,535.00 |
| Robert Campeau - week of 10/12 | 29.4 | $ 275.00 | $ 8,085.00 |
| Robert Campeau - week of 10/19 | 20.5 | $ 275.00 | $ 5,637.50 |
| Robert Campeau - week of 10/26 | 8.9 | $ 275.00 | $ 2,447.50 |
| Robert Campeau - week of 11/3 | 6.4 | $ 275.00 | 1,760.00 |
| David Pryzbylski - week of 10/1 | 0.0 | $ 400.00 | $ - |
| David Pryzbylski - week of 10/5 | 2.8 | $ 400.00 | $ 1,120.00 |
| David Pryzbylski - week of 10/12 | 0.8 | $ 400.00 | $ 320.00 |
| David Pryzbylski - week of 10/19 | 2.7 | $ 400.00 | $ 1,080.00 |
| David Pryzbylski - week of 10/26 | 1.7 | $ 400.00 | $ 680.00 |
| | | Invoice Subtotal | $ 31,112.50 |
| | | Other | - |
| | | Expenses | $ 5,350.32 |
| **TOTAL TO BE PAID (80% of fees, 100% of expenses)** | | $ | **30,240.32** |