SO ORDERED: April 25, 2016.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 15-07401-JJG |
| S&S STEEL SERVICES, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING FINAL APPLICATION OF ICE MILLER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This matter came before the Court on the *Final Application of Ice Miller LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors* (the "Application") filed by Ice Miller LLP ("Applicant") seeking allowance and payment of compensation and reimbursement of expenses as counsel for the Official Committee of Unsecured Creditors (the "Committee"). The Court,

having reviewed the Application and finding that the Application takes into account the factors set forth in 11 U.S.C. § 330(a)(3), now finds that the Application should be GRANTED. It is therefore,

ORDERED that Applicant's compensation for attorney fees is allowed in the total amount of $45,326.00 pursuant to 11 U.S.C. 330(a) and Rule 2016 of the Federal Rules of Bankruptcy Procedure, with $24,328.50 attributable to attorney fees incurred prior to December 14, 2015 and $20,991.50 attributable to attorney fees incurred from and after December 14, 2015. It is further,

ORDERED that Applicant's reimbursement for out-of-pocket expenses is allowed in the amount of $2,942.74 pursuant to 11 U.S.C. 330(a) and Rule 2016 of the Federal Rules of Bankruptcy Procedure, with $1,938.22 attributable to out-of-pocket expenses incurred prior to December 14, 2015 and $1,004.52 attributable to out-of-pocket expenses incurred from and after December 14, 2015. It is further,

ORDERED that Wells Fargo Bank, National Association is authorized to pay Applicant the sum of $12,498.78, representing 100% of its allowed attorney fees and out-of-pocket expenses prior to December 14, 2015 less the $19,509.85 in previously received attorney fees and out-of-pocket expenses ($6,756.87) and 26.1% of its allowed attorney fees and out-of-pocket expenses from and after December 14, 2015 ($5,741.91), as requested in the Application. It is further,

ORDERED that Wells Fargo Bank, National Association shall have no further liability for any attorney fees or out-of-pocket expenses incurred by Applicant in its representation of the Official Committee of Unsecured Creditors.

###