# Summers, Carroll, Whisler LLC

### Certified Public Accountants
330 EAST MAIN STREET • P.O. BOX 1555 • MUNCIE, IN 47308-1555
765-289-7951 • FAX 765-747-0718

S & s Steel Services 401(k)                                          10/07/2016

---

Professional services pertaining to:

Preparation of audited financial statements
of the 401(k) plan for the year ended
December 31, 2015.

| | | |
|---|---|---:|
| Holly McCollum, Senior accountant | 70 hours @ $120/hour | $ 8,400.00 |
| Jennifer Dudley, Partner | 15 hours @ $145/ hour | 2,175.00 |
| Michael Whisler, Partner | 11 hours @ $170/hour | 1,870.00 |
| Clerical staff | 11.1 hours @ $50/hour | 555.00 |
| | | $13,000.00 |
| Out of pocket, postage & supplies | | $120.00 |
| | | $13,120.00 |

**EXHIBIT A**

Summers, Carroll, Whisler LLC • 330 EAST MAIN STREET • P.O. BOX 1555 • MUNCIE, IN 47308-1555