# EXHIBIT A

**S&S STEEL SERVICES, INC.**
Summary of Invoices
October 6, 2016 through December 8, 2016

| Fee Category | Hours | Fees | Expenses | Total |
|---|---|---|---|---|
| Expenses | 0.0 | $0.00 | $0.00 | $0.00 |
| Asset Analysis and Recovery | 0.0 | $0.00 | $0.00 | $0.00 |
| Asset Disposition | 0.0 | $0.00 | $0.00 | $0.00 |
| Business Operations | 0.0 | $0.00 | $0.00 | $0.00 |
| Case Administration | 0.0 | $0.00 | $0.00 | $0.00 |
| Claims Administration and Objections | 0.0 | $0.00 | $0.00 | $0.00 |
| Employee Benefits/Pensions | 11.8 | $5,900.00 | $0.00 | $5,900.00 |
| Fee/Employment Applications | 13.9 | $4,572.00 | $0.00 | $4,572.00 |
| Financing | 0.0 | $0.00 | $0.00 | $0.00 |
| Meetings of Creditors | 0.0 | $0.00 | $0.00 | $0.00 |
| Plan and Disclosure Statement | 0.0 | $0.00 | $0.00 | $0.00 |
| Relief From Stay Proceedings | 0.0 | $0.00 | $0.00 | $0.00 |
|  | 0.0 | $0.00 | $0.00 |  |
| **TOTALS** | **25.7** | **$10,472.00** | **$0.00** | **$10,472.00** |



**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

# Invoice

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

```
027508   Randall L. Woodruff, as Chapter 7 Trustee
         Woodruff Law Offices, P.C.              December 19, 2016
         115 E. 9th Street                       Invoice No. 665376
         Anderson, IN  46016-2839                Fed. I.D.  REDACTED
```

For Legal Services in Connection With:

Matter:   027508-0007   Employee Benefits/Pensions

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/06/16 | D. Meyer | 0.6 | Telephone call with R. Woodruff concerning retirement plan administration in bankruptcy; preliminary review of plan information. |
| 10/07/16 | D. Meyer | 3.4 | Telephone call with R. Woodruff regarding representation of trustee; telephone call with K. Maris regarding 401(k) plan administration; telephone call with M. Whisler regarding 401(k) plan audit; review 401(k) plan documents; prepare documents confirming representation. |
| 10/10/16 | D. Meyer | 0.7 | Work with J. Moloy on pleadings for employment of BME and accountants to assist with 401(k) Plan termination. |
| 10/11/16 | D. Meyer | 0.1 | Work with J. Moloy on pleadings. |
| 10/12/16 | D. Meyer | 1.2 | Review Form 5500 and provide R. Woodruff with instructions concerning the filing of 2015 Form 5500; assist with letter to accompany Form 5500. |
| 10/13/16 | D. Meyer | 0.1 | Review communications regarding Form 5500 filing and pleadings to hire professionals. |
| 10/17/16 | D. Meyer | 0.1 | Review J. Moloy follow up to make appointments of BME and accountants. |
| 10/19/16 | D. Meyer | 0.2 | Address accountant's request for information needed for 401(k) plan audit. |
| 11/01/16 | D. Meyer | 0.2 | Review emails concerning retirement plan audit issues and provide short email to R. Woodruff regarding same. |



**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

Invoice

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

```
027508   Randall L. Woodruff, as Chapter 7 Trustee
                                                    Page    2
                                                    December 19, 2016
                                                    Invoice No. 665376
```

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/02/16 | D. Meyer | 1.1 | Review emails regarding plan audit; telephone call with M. Whisler regarding information needed to complete audit; prepare update email to R. Woodruff. |
| 11/03/16 | D. Meyer | 0.5 | Telephone call with M. Theisen and emails with R. Woodruff concerning the location of Form W-2s needed for audit of 401(k) plan. |
| 11/07/16 | D. Meyer | 1.0 | Review list of S&S Steele documents forwarded by M. Theisen; communications with M. Whisler regarding new documents and search for Form W-2s. |
| 11/09/16 | D. Meyer | 0.2 | Emails with M. Whisler regarding plan audit update and need to send letters to plan participants. |
| 11/21/16 | D. Meyer | 0.1 | Emails with R. Woodruff and M. Whisler regarding 2015 Form W-2s. |
| 12/02/16 | D. Meyer | 0.1 | Review trustees communications with accountant regarding 401(k) plan audit. |
| 12/07/16 | D. Meyer | 1.2 | Emails with R. Woodruff concerning payment of 401(k) plan fees and closing plan; analysis with J. Moloy regarding same. |
| 12/08/16 | D. Meyer | 0.8 | Emails with R. Woodruff and K. Maris of Standard Retirement regarding 401(k) plan termination and expenses. |
| 12/13/16 | D. Meyer | 0.2 | Work on payment of administrative expenses by 401(k) plan. |

```
                              Total for Services       $5,900.00


                              Total This Invoice       $5,900.00
```



| | |
|---|---|
| | MAIL REMITTANCES TO: |
| **Invoice** | 111 Monument Circle, Suite 2700 |
| | Indianapolis, Indiana 46204 |
| | (317) 684-5000 |

**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

027508    Randall L. Woodruff, as Chapter 7 Trustee

Page    3
December 19, 2016
Invoice No. 665376

===

Total Balance Due        $5,900.00



MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

# Invoice

027508   Randall L. Woodruff, as Chapter 7 Trustee

Page    4
December 19, 2016
Invoice No. 665376

---

**REMITTANCE COPY**

Matter: 027508-0007   Employee Benefits/Pensions

|  |  |
|---|---|
| Total Due Invoice 665376 | $5,900.00 |
| **Total Balance Due Upon Receipt** | **$5,900.00** |

PLEASE SEND WITH CHECK TO:

BOSE McKINNEY & EVANS LLP
111 MONUMENT CIRCLE, SUITE 2700
INDIANAPOLIS, IN   46204

Please call (317) 684-5140 with any questions.

**THANK YOU FOR CHOOSING BOSE McKINNEY & EVANS!
WE APPRECIATE THE OPPORTUNITY TO SERVE YOU.**



**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

# Invoice

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

```
027508    Randall L. Woodruff, as Chapter 7 Trustee
          Woodruff Law Offices, P.C.
          115 E. 9th Street                    December 19, 2016
          Anderson, IN 46016-2839              Invoice No. 665377
                                               Fed. I.D. REDACTED
```

For Legal Services in Connection With:

Matter:    027508-0008    Fee/Employment Applications

```
10/07/16 J. Moloy          0.5   Review S&S Steel docket and telephone
                                 conference with R. Woodruff, Trustee,
                                 regarding background on case.
10/10/16 J. Moloy          1.5   Prepare employment applications for BME
                                 and accounting firm (SCW).
10/10/16 J. Moloy          1.0   Review S&S Steel docket and key
                                 pleadings as background on case.
10/10/16 M. Wakefield      3.1   Work on fee applications, declarations
                                 and notice of appearance.
10/11/16 M. Wakefield      0.0   Run conflicts check or
                                 disinterestedness declaration and
                                 review same with Jim Moloy.(NO CHARGE)
10/11/16 J. Moloy          0.2   Correspondence with R. Woodruff
                                 regarding employment applications for
                                 BME and accounting firm to audit ERISA
                                 plan.
10/18/16 J. Moloy          0.2   Correspondence with Trustee regarding
                                 employment application for Whisler, CPA.
10/18/16 M. Wakefield      0.4   Electronically file Applications to
                                 Employ and direct Denise Lingenfelter
                                 regarding service and filing of
                                 Appearance.
10/20/16 J. Moloy          0.5   Review docket and background of case.
10/20/16 J. Moloy          0.1   Correspondence with Trustee regarding
                                 employment applications.
10/20/16 J. Moloy          0.1   Confirm notice period for employment
                                 applications and review local rule.
10/20/16 M. Wakefield      0.1   Check objection deadline and notify J.
                                 Moloy and D. Meyer regarding same.
11/02/16 J. Moloy          0.1   Submit Orders on employment
                                 applications.
```

Case 15-07401-JJG-7A    Doc 300-1    Filed 12/21/16    EOD 12/21/16 15:36:29    Pg 7 of 9



**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

Invoice

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

```
027508   Randall L. Woodruff, as Chapter 7 Trustee
                                                     Page    2
                                                     December 19, 2016
                                                     Invoice No. 665377
```

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/03/16 | J. Moloy | 0.1 | Receive Orders approving employment applications and correspondence with trustee regarding same. |
| 12/07/16 | J. Moloy | 0.3 | Review 11 U.S.C. Section 327 and correspondence with trustee regarding hiring of professionals. |
| 12/07/16 | J. Moloy | 0.2 | Correspondence with trustee regarding debtor's 401(k) plan. |
| 12/07/16 | J. Moloy | 0.1 | Correspondence with trustee regarding fee applications. |
| 12/08/16 | J. Moloy | 0.3 | Correspondence with trustee regarding ERISA plan and expenses relating to plan. |
| 12/08/16 | J. Moloy | 0.2 | Correspondence with ERISA administrator regarding plan. |
| 12/08/16 | J. Moloy | 0.2 | Review 11 U.S.C. Section 327 application to services rendered to ERISA plan. |
| 12/12/16 | J. Moloy | 0.3 | Work on fee applications for BME and accounting firm. |
| 12/12/16 | D. Meyer | 0.6 | Work with J. Moloy and M. Wakefield on applications to approve payments from 401(k) plan; email to M. Whisler regarding audit fee payment. |
| 12/12/16 | M. Wakefield | 2.1 | Draft Applications for Compensation for SCW and BME and proposed Orders for each. |
| 12/13/16 | M. Wakefield | 0.4 | Receive invoices and revise BME's application and summary of invoices accordingly. |
| 12/14/16 | J. Moloy | 0.7 | Work on BME and Whisler fee applications. |
| 12/15/16 | J. Moloy | 0.3 | Work on fee applications. |
| 12/16/16 | D. Meyer | 0.3 | Work on fee petitions and orders for expenses payable from retirement plan. |

Total for Services         $4,572.00



**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

Invoice

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508  Randall L. Woodruff, as Chapter 7 Trustee

Page    3
December 19, 2016
Invoice No. 665377

Total This Invoice        $4,572.00

Total Balance Due         $4,572.00



**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

# Invoice

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508   Randall L. Woodruff, as Chapter 7 Trustee

Page    4
December 19, 2016
Invoice No. 665377

REMITTANCE COPY

Matter: 027508-0008   Fee/Employment Applications

|  |  |
|---|---|
| Total Due Invoice 665377 | $4,572.00 |
| **Total Balance Due Upon Receipt** | **$4,572.00** |

PLEASE SEND WITH CHECK TO:

BOSE McKINNEY & EVANS LLP
111 MONUMENT CIRCLE, SUITE 2700
INDIANAPOLIS, IN  46204

Please call (317) 684-5140 with any questions.

**THANK YOU FOR CHOOSING BOSE McKINNEY & EVANS!
WE APPRECIATE THE OPPORTUNITY TO SERVE YOU.**