**SO ORDERED: June 19, 2017.**



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 15-07401-JJG |
| S&S STEEL SERVICES, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION TO EMPLOY ICE MILLER LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE AS OF MAY 3, 2017 (DOC. NO. 423)

This matter is before the Court on the *Application to Employ Ice Miller LLP as Counsel to Chapter 7 Trustee* (Doc. No. 423) (the "<u>Application</u>") pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code,[1] Fed. R. Bankr. P. 2014, and S.D. Ind. B-2014.

The Court having reviewed the Application and the *Affidavit of Henry Efroymson in Support of Application to Employ Ice Miller LLP as Counsel to Chapter 7 Trustee* (the

---

[1] Capitalized terms not otherwise defined herein have the same meaning given them in the Application and Efroymson Affidavit.

"Efroymson Affidavit"), submitted in support of the Application; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2); and (c) venue of this case and the Application is proper pursuant to 28 U.S.C. § 1409; and the Court having determined that the legal and factual bases set forth in the Application and the Efroymson Affidavit establish just cause for the relief requested in the Application:

**IT IS THEREFORE ORDERED THAT:**

1. The Application shall be, and hereby is, GRANTED.

2. The Trustee is authorized to employ Ice Miller LLP ("Ice Miller") as counsel in this chapter 7 case, as of May 3, 2017, pursuant to the terms set forth in the Application.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###