# EXHIBIT A

## S&S STEEL SERVICES, INC.
Summary of Invoices
December 17, 2016 through April 30, 2017

| Fee Category | Hours | Fees | Expenses | Total |
|---|---|---|---|---|
| Expenses | 0.0 | $0.00 | $0.00 | $0.00 |
| Asset Analysis and Recovery | 0.0 | $0.00 | $0.00 | $0.00 |
| Asset Disposition | 0.0 | $0.00 | $0.00 | $0.00 |
| Business Operations | 0.7 | $136.50 | $0.00 | $136.50 |
| Case Administration | 0.0 | $0.00 | $0.00 | $0.00 |
| Claims Administration and Objections | 0.0 | $0.00 | $0.00 | $0.00 |
| Employee Benefits/Pensions | 6.8 | $3,472.00 | $0.00 | $3,472.00 |
| Fee/Employment Applications | 3.0 | $834.00 | $0.00 | $834.00 |
| Financing | 0.0 | $0.00 | $0.00 | $0.00 |
| Meetings of Creditors | 0.0 | $0.00 | $0.00 | $0.00 |
| Plan and Disclosure Statement | 0.0 | $0.00 | $0.00 | $0.00 |
| Relief From Stay Proceedings | 0.0 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | **10.5** | **$4,442.50** | **$0.00** | **$4,442.50** |

# BUSINESS OPERATIONS



**BOSE**
**McKINNEY**
**& EVANS** LLP

ATTORNEYS AT LAW

Invoice

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508   Randall L. Woodruff, as Chapter 7 Trustee
         Woodruff Law Offices, P.C.                    May 22, 2017
         115 E. 9th Street                             Invoice No. 675084
         Anderson, IN  46016-2839                      Fed. I.D. 35-0957980

---

For Legal Services in Connection With:


Matter:  027508-0004   Business Operations


04/11/17 M. Wakefield        0.7   Prepare Monthly Operating Report forms.

                                   Total for Services      $136.50


                                   Total This Invoice       $136.50

# EMPLOYEE BENEFITS/PENSIONS



# BOSE McKINNEY & EVANS LLP
ATTORNEYS AT LAW

## Invoice

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

```
027508   Randall L. Woodruff, as Chapter 7 Trustee
         Woodruff Law Offices, P.C.              May 10, 2017
         115 E. 9th Street                       Invoice No. 673953
         Anderson, IN  46016-2839                Fed. I.D. 35-0957980
```

For Legal Services in Connection With:

Matter:   027508-0007   Employee Benefits/Pensions

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/20/16 | D. Meyer | 1.3 | E-mails with K. Marris (Standard) and accountant M. Whisler regarding plan termination and Form 5500 amendment; telephone conference with C. Moeller (Standard) and e-mails with R. Woodruff regarding same. |
| 12/21/16 | D. Meyer | 0.3 | Respond to Department of Labor inquiry regarding status of 401(k) plan determination. |
| 12/29/16 | D. Meyer | 0.4 | Emails with C. Moeller and K. Marris of Standard Retirement, M. Whisler and client regarding completion of audit liquidation of Plan and final Forms 5500. |
| 01/03/17 | D. Meyer | 0.1 | Emails with K. Marris regarding payment of plan expenses. |
| 01/05/17 | D. Meyer | 0.2 | Emails with K. Marris, R. Woodruff and M. Whisler regarding plan termination and audit report. |
| 01/06/17 | D. Meyer | 0.1 | Emails with M. Whisler and R. Woodruff regarding audit report for plan. |
| 01/11/17 | D. Meyer | 0.7 | Review Audited Financial Statements; prepare emails to K. Marris and R. Woodruff regarding statements. |
| 01/13/17 | D. Meyer | 0.4 | Review amended Form 5500; prepare e-mail to K. Marris (Standard Retirement) regarding plan administration procedures to complete; e-mail with R. woodruff regarding same. |
| 01/16/17 | D. Meyer | 0.2 | Review K. Marris (Standard) response to inquiry concerning remaining administrative procedures; emails with Plan auditor. |



**BOSE**
**McKINNEY**
**& EVANS** LLP
ATTORNEYS AT LAW

I n v o i c e

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508   Randall L. Woodruff, as Chapter 7 Trustee

Page    2
May 10, 2017
Invoice No. 673953

| | | | |
|---|---|---|---|
| 01/18/17 | D. Meyer | 0.8 | Communications with R. Woodruff, K. Marris and Department of Labor concerning termination of plan and filing of final Forms 5500. |
| 01/19/17 | D. Meyer | 0.4 | Prepare follow up email to M. Banks of DOL with 401(k) Plan update; communicate with R. Woodruff regarding same. |

Total for Services        $2,493.50

Total This Invoice        $2,493.50



**BOSE McKINNEY & EVANS LLP**

ATTORNEYS AT LAW

I n v o i c e

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

```
027508   Randall L. Woodruff, as Chapter 7 Trustee
         Woodruff Law Offices, P.C.            July 13, 2017
         115 E. 9th Street                     Invoice No. 677626
         Anderson, IN  46016-2839              Fed. I.D. 35-0957980
```

For Legal Services in Connection With:

Matter:  027508-0007   Employee Benefits/Pensions

| | | | |
|---|---|---|---|
| 06/02/17 | D. Meyer | 0.7 | Review 2016 Form 5500-SF, Form 8898-SSA, and Summary Annual Report; prepare email to K. Morris with questions on Forms. |
| 06/05/17 | D. Meyer | 0.4 | Review emails from K. Marris regarding revision of 2016 Form 5500; prepare email to R. Woodruff with instructions to sign Form 5500. |
| 06/07/17 | D. Meyer | 0.1 | Review R. Woodruff and K. Marris' emails regarding filing of 2016 Form 5500. |
| 06/09/17 | D. Meyer | 0.4 | Review 2017 Final Form 5500; correspond with R. Woodruff and K. Marris regarding same. |

```
                         Total for Services        $824.00


                         Total This Invoice         $824.00
```



**BOSE McKINNEY & EVANS LLP**

ATTORNEYS AT LAW

*Invoice*

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508    Randall L. Woodruff, as Chapter 7 Trustee
         Woodruff Law Offices, P.C.
         115 E. 9th Street
         Anderson, IN   46016-2839

August 8, 2017
Invoice No. 679298
Fed. I.D. 35-0957980

For Legal Services in Connection With:

Matter:   027508-0007   Employee Benefits/Pensions

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/05/17 | D. Meyer | 0.2 | Emails with K. Marris (Standard Company) and R. Woodruff regarding completion of termination of 401(k) plan. |
| 07/06/17 | D. Meyer | 0.1 | Emails with R. Woodruff regarding retirement plan termination. |

Total for Services          $154.50

Total This Invoice          $154.50

# FEE/EMPLOYMENT APPLICATIONS



**BOSE
McKINNEY
& EVANS LLP**

ATTORNEYS AT LAW

I n v o i c e

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

```
027508   Randall L. Woodruff, as Chapter 7 Trustee
         Woodruff Law Offices, P.C.              May 22, 2017
         115 E. 9th Street                       Invoice No. 675081
         Anderson, IN  46016-2839                Fed. I.D. 35-0957980
```

For Legal Services in Connection With:


Matter:   027508-0008   Fee/Employment Applications


```
12/19/16 M. Wakefield       0.8   Work on applications and exhibits.
12/20/16 M. Wakefield       0.3   Work on Whisler's fee application and
                                  prepare both applications for filing.
12/20/16 J. Moloy           0.2   Revise fee application for Whisler, CPA.
12/20/16 J. Moloy           0.1   Correspondence with Trustee regarding
                                  fee applications.
12/20/16 J. Moloy           0.1   Correspondence with Trustee and 401(k)
                                  plan administer regarding payment of
                                  fees.
12/21/16 J. Moloy           0.1   Review docket and confirm filing of fee
                                  applications.
12/21/16 M. Wakefield       0.3   Electronically file Applications for
                                  Accountant and Attorney and upload
                                  proposed Orders.
12/22/16 M. Wakefield       0.2   Obtain filed copies of the fee
                                  applications for Jim Moloy.
12/27/16 J. Moloy           0.1   Receive notices of fee applications.
01/23/17 D. Meyer           0.2   Review bankruptcy court orders and
                                  forward to M. Whisler and R. Woodruff.
```

```
                                  Total for Services        $670.00


                                  Total This Invoice        $670.00
```



**BOSE**
**McKINNEY**
**& EVANS LLP**
ATTORNEYS AT LAW

*Invoice*

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508    Randall L. Woodruff, as Chapter 7 Trustee
Woodruff Law Offices, P.C.                June 8, 2017
115 E. 9th Street                         Invoice No. 682573
Anderson, IN  46016-2839                  Fed. I.D. 35-0957980

For Legal Services in Connection With:

Matter:  027508-0008   Fee/Employment Applications

05/22/17 M. Wakefield       0.4   Work on Second Interim Fee Application.

                                  Total for Services        $78.00


                                  Total This Invoice         $78.00



**BOSE**
**McKINNEY**
**& EVANS** LLP
ATTORNEYS AT LAW

I n v o i c e

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508    Randall L. Woodruff, as Chapter 7 Trustee
          Woodruff Law Offices, P.C.
          115 E. 9th Street                    August 8, 2017
          Anderson, IN  46016-2839             Invoice No. 679299
                                               Fed. I.D. 35-0957980

For Legal Services in Connection With:

Matter:  027508-0008   Fee/Employment Applications

07/06/17 J. Moloy          0.2  Work on interim fee application.

                                  Total for Services        $86.00

                                  Total This Invoice         $86.00