# EXHIBIT B

# ASSET ANALYSIS AND RECOVERY



**BOSE**
**McKINNEY**
**& EVANS** LLP
ATTORNEYS AT LAW

I n v o i c e

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508   Randall L. Woodruff, as Chapter 7 Trustee
         Woodruff Law Offices, P.C.                    May 10, 2017
         115 E. 9th Street                             Invoice No. 673952
         Anderson, IN  46016-2839                      Fed. I.D. 35-0957980

For Legal Services in Connection With:

Matter:  027508-0002  Asset Analysis and Recovery

| | | | |
|---|---|---|---|
| 01/18/17 W. Overturf | 1.3 | Attention to Supplemental Application to Employ BME as counsel to handle preference matters and proposed order. |
| 01/18/17 W. Overturf | 0.5 | NUCOR: Review prior settlement offer and follow up with G. Murphy of Nucor regarding settlement prior to filing of complaint. |
| 01/18/17 W. Overturf | 1.0 | Review all documents received from counsel for Trustee related to preference actions to be covered by BME and follow up with counsel regarding various issues identified in same. |
| 01/18/17 W. Overturf | 1.3 | Fedex Freight:  Attention to demand letter and draft of adversary complaint to recover preferential payment and direct staff to finalize for filing. |
| 01/18/17 W. Overturf | 1.2 | PNC Business Credit: Attention to demand letter and draft of adversary complaint to recover avoidable payment and direct staff to finalize for filing. |
| 01/18/17 W. Overturf | 1.0 | NUCOR: Attention to draft of adversary complaint to recover avoidable payment and direct staff to finalize for filing. |
| 01/18/17 W. Overturf | 0.2 | NUCOR:  Review correspondence from counsel for Nucor regarding resolution of matter and analyze same; draft and send response. |
| 01/18/17 W. Overturf | 1.0 | NUCOR:  Attention to draft of Settlement Agreement and circulate to counsel for NUCOR for review and comment; review comments by opposing counsel; conference with Trustee regarding requested changes. |



**BOSE**
**McKINNEY**
**& EVANS** LLP
ATTORNEYS AT LAW

# Invoice

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508   Randall L. Woodruff, as Chapter 7 Trustee

Page   2
May 10, 2017
Invoice No. 673952

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/18/17 | R. Murphy | 1.0 | Research corporate entity information regarding PNC Business Credit; review/revise Trustee's Supplemental Application to Employ, Declaration of Disinterestedness of W. Overturf, and proposed Order; draft Appearance of W. Overturf. |
| 01/19/17 | R. Murphy | 1.4 | Submit proposed Order on employment application; review/revise adversary Complaint against FedEx Freight, Inc., and PNC Business Credit; confirm/proof service addresses of defendants; draft Appearances for both adversary proceedings; electronically file both Complaints and both Appearances in respective adversary proceedings. |
| 01/19/17 | W. Overturf | 0.2 | NUCOR:  Receive executed settlement agreement from opposing counsel and forward to Trustee with comments. |
| 01/20/17 | W. Overturf | 0.2 | NUCOR:  Receive executed settlement agreement from Trustee with inquiry regarding filing of Motion to Compromise and settle and review message from opposing counsel regarding settlement and confirm settlement and time line for moving forward with Motion to Compromise and Settle. |
| 01/20/17 | W. Overturf | 0.2 | Review various messages from counsel for FedEx Freight and provide documentation requested. |
| 01/24/17 | R. Murphy | 0.2 | PNC Business Credit Adversary:  Draft Certificate of Service; arrange for service on PNC; electronically file Certificate of Service in adversary proceeding. |
| 01/25/17 | W. Overturf | 0.2 | Call from counsel for Business Credit regarding demand for repayment of preference and possible resolution. |



**BOSE**
**McKINNEY**
**& EVANS** LLP
ATTORNEYS AT LAW

I n v o i c e

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

> 027508   Randall L. Woodruff, as Chapter 7 Trustee

Page    3
May 10, 2017
Invoice No. 673952

| | | | |
|---|---|---|---|
| 01/30/17 | W. Overturf | 0.2 | Review message from counsel for Business Credit requesting additional information; review file and provide requested information regarding preferential payment. |
| 02/02/17 | R. Murphy | 0.2 | PNC Business Credit Adversary:  Draft Summons Certificate of Service (Report of Service); prepare exhibit; electronically file same with in adversary bankruptcy proceeding. |
| 02/08/17 | W. Overturf | 0.2 | Follow up with various avoidance action defendants regarding resolution of matters or moving forward with litigation. |
| 02/11/17 | W. Overturf | 0.2 | Review message from counsel for Nucor regarding filing of Motion to Compromise and Settle and respond to same. |
| 02/14/17 | W. Overturf | 0.2 | BUSINESS CREDIT: Review request for extension of time to respond to complaint from counsel for Business Credit and respond to same. |
| 02/14/17 | W. Overturf | 0.2 | FEDEX FREIGHT:  Attention to status of matter; follow up with opposing counsel regarding same and direct staff to prepare and file certificate of service of  complaint. |
| 02/22/17 | R. Murphy | 0.1 | FedEx Freight:  Draft Certificate of Service of Summons and electronically file same in adversary bankruptcy proceeding. |
| 02/22/17 | W. Overturf | 0.2 | FEDEX Freight:  Review message from court staff regarding status of matter and respond to same; direct staff to file Certificate of Service. |
| 03/10/17 | W. Overturf | 0.2 | Follow up with Adversary Defendants regarding resolution. |



**BOSE McKINNEY & EVANS** LLP
ATTORNEYS AT LAW

I n v o i c e

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508   Randall L. Woodruff, as Chapter 7 Trustee

Page    4
May 10, 2017
Invoice No.  673952

| | | | |
|---|---|---|---|
| 03/15/17 W. Overturf | 0.5 | FEDEX FREIGHT:  Review New Value Defense Analysis and forward to trustee with comments regarding moving matter forward. | |
| 03/15/17 W. Overturf | 0.2 | PNC Business Credit:  Review message from opposing counsel and return call to discuss matter and moving matter forward. | |
| 03/19/17 W. Overturf | 0.2 | FEDEX FREIGHT: Review message from client (Trustee) approving proposed resolution of matter. | |
| 03/20/17 W. Overturf | 1.3 | Attention to Motion to Compromise and Settle. | |

Total for Services      $3,960.00

Disbursements and Charges

| | |
|---|---|
| Photocopies | 3.15 |
| Express Mail | 45.90 |
| Worldwide Express | 66.50 |

Total Disbursements and Charges      $115.55

Total This Invoice      $4,075.55

# AVOIDANCE ACTIONS



**BOSE**
**McKINNEY**
**& EVANS** LLP
ATTORNEYS AT LAW

**I n v o i c e**

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508   Randall L. Woodruff, as Chapter 7 Trustee
Woodruff Law Offices, P.C.                    May 10, 2017
115 E. 9th Street                             Invoice No. 673954
Anderson, IN  46016-2839                      Fed. I.D. 35-0957980

For Legal Services in Connection With:

Matter:  027508-0013  Avoidance Actions for Chapter 7 Bankruptcy
                      Trustee for S & S Steel Services, Inc.

| | | | |
|---|---|---|---|
| 04/06/17 | J. Moloy | 0.5 | Review settlement terms and work on R9019 motion. |
| 04/06/17 | J. Moloy | 0.4 | Correspondence with PNC counsel regarding documents substantiating $20,000 payment to PNC. |
| 04/10/17 | J. Moloy | 1.3 | Review settlement and telephone conference with H. Crabtree, Nucor's counsel; draft 9019 settlement motion; correspondence with trustee regarding settlement; forward draft motion to H. Crabtree. |
| 04/10/17 | J. Moloy | 0.5 | Review PNC's documents supporting defense to preference claim; correspondence with L. Staufer, PNC counsel, regarding purpose of S&S wire transfer to PNC; correspondence with trustee. |
| 04/10/17 | J. Moloy | 0.2 | Review documents supporting defense of preference claim. |
| 04/11/17 | J. Moloy | 0.3 | Revise and file Rule 9019 motion; correspondence with trustee and Nucor's counsel. |
| 04/21/17 | J. Moloy | 0.8 | Nucor: Correspondence with J. Jaffe regarding Wells Fargo objection to trustee's Rule 9019 motion, and review Wells Fargo stipulation and cash collateral order regarding sharing of preference recoveries with Wells Fargo super priority claim. |
| 04/21/17 | J. Moloy | 0.2 | PNC: Correspondence with trustee and file dismissal of adversary proceeding. |



**BOSE**
**McKINNEY**
**& EVANS** LLP
ATTORNEYS AT LAW

I n v o i c e

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508   Randall L. Woodruff, as Chapter 7 Trustee

Page   2
May 10, 2017
Invoice No. 673954

| | | | |
|---|---|---|---|
| 04/21/17 J. Moloy | 0.2 | FedEx:  Correspondence with trustee and file dismissal of adversary proceeding. | |
| 04/28/17 J. Moloy | 0.3 | Review Wells Fargo objection to Nucor 9019 settlement motion. | |
| 04/28/17 J. Moloy | 0.1 | Correspondence with K. Britton regarding Nucor settlement. | |
| 04/28/17 J. Moloy | 0.2 | Correspondence with R. Woodruff regarding Nucor settlement. | |

Total for Services      $2,150.00

Disbursements and Charges

Photocopies                                      0.75

Total Disbursements and Charges      $0.75

Total This Invoice      $2,150.75



**BOSE**
**McKINNEY**
**& EVANS** LLP
ATTORNEYS AT LAW

*I n v o i c e*

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508    Randall L. Woodruff, as Chapter 7 Trustee
Woodruff Law Offices, P.C.
115 E. 9th Street
Anderson, IN  46016-2839

June 8, 2017
Invoice No. 675480
Fed. I.D. 35-0957980

For Legal Services in Connection With:

Matter:    027508-0013    Avoidance Actions for Chapter 7 Bankruptcy
Trustee for S & S Steel Services, Inc.

| | | | |
|---|---|---|---|
| 05/01/17 J. Moloy | 0.3 | Receive notice setting hearing on Rule 9019 motion to settle with Nucor; correspondence with K. Britton regarding Agreed Order. | |
| 05/02/17 J. Moloy | 0.5 | Revise Agreed Order on Rule 9019 motion; correspondence with K. Britton regarding Wells Fargo objection; correspondence with trustee and with Court regarding entry of Order. | |
| 05/03/17 J. Moloy | 0.2 | Correspondence with K. Elmer at Court regarding Order approving Nucor settlement. | |
| 05/12/17 J. Moloy | 0.2 | Correspondence with K. Britton regarding Nucor Order. | |

Total for Services          $516.00

Total This Invoice          $516.00



**BOSE**
**McKINNEY**
**& EVANS** LLP
ATTORNEYS AT LAW

I n v o i c e

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

027508    Randall L. Woodruff, as Chapter 7 Trustee
         Woodruff Law Offices, P.C.              July 13, 2017
         115 E. 9th Street                       Invoice No. 682574
         Anderson, IN  46016-2839                Fed. I.D. 35-0957980

For Legal Services in Connection With:

Matter:  027508-0013  Avoidance Actions for Chapter 7 Bankruptcy
                      Trustee for S & S Steel Services, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/07/17 | J. Moloy | 0.7 | Attend hearing on motion to settle preference claim against Nucor. |
| 06/07/17 | J. Moloy | 0.1 | Correspondence with B. Woodruff regarding Nucor settlement. |
| 06/12/17 | J. Moloy | 0.2 | Correspondence with H. Crabtree, Nucor's counsel, regarding settlement Order. |
| 06/19/17 | J. Moloy | 0.4 | Receive Nucor check to settle preference claim, and letter to trustee regarding same. |
| 06/19/17 | J. Moloy | 0.1 | Correspondence with R. Woodruff regarding Nucor settlement. |

                      Total for Services      $645.00

                      Total This Invoice      $645.00