UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| S&S STEEL SERVICES, INC., | ) | Case No. 15-07401-JJG-7A |
| | ) | |
| Debtor. | ) | |

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

Creditor Z&S Sharp Real Estate, Inc., by counsel, pursuant to Order of this Court dated September 20, 2017 [Dkt. 482], hereby files its Application for Allowance of Administtrative Expense and Priority Claim, pursuant to 11 U.S.C. §§ 503(b)(1) and 507(a)(1) in the amount of $55,00.00 for unpaid rent due and owing by creditor S&S Steel Service, Inc. for the months of September 2015 through January 2016.

WHEREFORE, Z&S Sharp Real Estate, Inc. respectfully requests that this Court grant its application and allow Z&S Sharp Real Estate, Inc. an allowed Chapter 11 administrative priority expense claim in its favor in the amount of $55,000.00 and for all other just and proper relief.

Respectfully submitted,

/s/ *Christine K. Jacobson*
Christine K. Jacobson
JACOBSON HILE KIGHT LLC
211 N. Pennsylvania, Suite 1600
Indianapolis, Indiana 46204
317-608-1132
cjacobson@jhklegal.com