# Exhibit B



**MARIETTA FINANCIAL SERVICES, INC.**
4622 W. 72ND ST. STE. C
INDIANAPOLIS, IN 46268

# INVOICE

Phone: 317-216-1040     E-mail: info@mariettafinancial.com     Web: www.mariettafinancial.com
Fax: 317-216-7461

|  |  |
|---|---|
| Invoice: | 57089 |
| Date: | 04/09/2018 |
| Due Date: | 04/09/2018 |

S & S STEEL SERVICES, INC
115-A E. NINTH ST.
ANDERSON, IN 46016

For professional service rendered as follows:

| | |
|---|---|
| Tax Year 2017 1099 Preparation: (1) 1096 and (2) 1099 | 120.00 |
| **Billed Time & Expenses** | $120.00 |
| **Invoice Total** | $120.00 |

"Delivering Value, Planning for Success"