UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-07401-JJG |
| S&S STEEL SERVICES, INC. ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

### FINAL APPLICATION OF ICE MILLER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE CHAPTER 7 TRUSTEE

Ice Miller LLP ("Applicant"), counsel for the Chapter 7 Trustee, for its *Final Application of Ice Miller LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as to the Chapter 7 Trustee* (the "Application"), states as follows:

### JURISDICTION AND FACTUAL BACKGROUND

1. S&S Steel Services, Inc. ("Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on August 31, 2015 (the "Petition Date").

2. The Debtor operated its business as debtor-in-possession until January 21, 2016 (the "Conversion Date"), when this was converted to a case under Chapter 7 of the Bankruptcy Code.

3. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157(a) and 1334(a). This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

4. On May 3, 2017, the Trustee filed his *Application to Employ Ice Miller LLP as Counsel to the Chapter 7 Trustee as of May 3, 2017* (the "Employment Application") [Dkt. No. 423].

I\13201372.1

5. On June 19, 2017, the Court entered its *Order Granting Motion to Employ Ice Miller LLP as Counsel to the Chapter 7 Trustee* (the "Employment Order") [Dkt. No. 440], wherein the Court authorized the employment of Applicant as counsel to the Trustee as of May 3, 2017.

**REQUEST FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

6. By this Application, Applicant seeks final allowance and payment of its attorney fees and expenses incurred from May 3, 2017 through June 21, 2018 (the "Compensation Period") for representing the Trustee.

7. Applicant has not received any compensation in this case or reimbursement of expenses for its role as general counsel to the Trustee. Applicant does not hold any retainer with respect to this case.

**Summary of Service Performed**

8. Pursuant to the Employment Order, Applicant provided a variety of necessary services to the Trustee during the Compensation Period, including the following services:

Case Administration: Applicant's work focused on a variety of matters generally related to case administration, including resolving certain tax issues on behalf of the Trustee, working with the secured creditor, and addressing issues and concerns raised by creditors.

Claims Administration: Applicant set a bar date for the filing of administrative expense claims and reviewed such claims. Applicant also reviewed and advised regarding the advisability of allowing or objecting to such claims and litigating any such objections.

Fee – Employment Applications: Applicant drafted an application to employ Applicant as special counsel.

<u>Fee Application Preparation</u>:  Applicant prepared and filed fee applications on behalf of both the accountant and the Applicant.

9. The above descriptions serve as a general overview of the services provided by Applicant.  A complete description of all services performed is detailed on the attached statements as Exhibit "A."

10. The billing statements attached hereto as Exhibit "A" identify the hours worked by professionals, the hourly rates, and a break out of time into-matter related defined categories of service, along with a breakdown of expenses.

11. Applicant requests an order allowing compensation in the amount of $25,278.00 for attorney fees incurred during the Compensation Period.  All of the services performed by Applicant are set forth on Exhibit "A" and have been billed at the hourly rates established by Applicant in the Employment Application.

12. Pursuant to Section 330 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Applicant is entitled to allowance of fees set forth in this Application.  Applicant's services are properly compensable, were actual and necessary services and expenses of administration of the estate, and have helped the Trustee fulfill its duties under the Bankruptcy Code.

WHEREFORE, Applicant request that the Court enter an Order approving this Application and (i) approving and allowing final compensation to Applicant for attorney fees in the amount of $25,278.00 (the "<u>Fees</u>"); (ii) directing the Trustee to pay the Fees to the Applicant; and (iii) granting Applicant all other just and proper relief.

Respectfully submitted,

By: /s/ Sarah L. Fowler
Sarah L. Fowler, Atty. No. 30621-49
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, Indiana 46282-0200
(317) 236-2120 Telephone
(317) 592-4257 Facsimile
Sarah.Fowler@icemiller.com

I\13201372.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Kayla D. Britton | kayla.britton@faegrebd.com |
| Jay Jaffe | jay.jaffe@faegrebd.com |
| Beth Kramer | beth.kramer@usdoj.gov |
| Sarah L. Fowler | sarah.fowler@icemiller.com |
| Paul J. Labov | plabov@foxrothschild.com |
| Jason C. Manfrey | jmanfrey@foxrothschild.com |
| Michael G. Menkowitz | mmenkowitz@foxrothschild.com |
| Gregory Ostendorf | gostendorf@scopelitis.com |
| John Thomas Piggins | pigginsj@millerjohnson.com |
| Deborah J. Caruso | dcaruso@rubin-levin.net |
| Meredith R. Theisen | mtheisen@rubin-levin.net |
| Henry A. Efroymson | henry.efroymson@icemiller.com |
| James P. Maloy | jmoloy@boselaw.com |
| Weston Erick Overturf | woverturf@boselaw.com |
| Wendy W. Ponader | wendy.ponader@faegrebd.com |
| Randall L. Woodruff | rlwtrustee@comcast.net |
| Neal Anthony Brackett | nbrackett@btlaw.com |
| Terry M. Giebelstein | tgiebelstein@l-wlaw.com |
| Barry David Goloboff | bgoloboff@sbcglobal.net |
| Jeffrey M. Hester | jhester@hbkfirm.com |
| Julie L. Hieatt | attorney9116@gmail.com |
| Michael W. Hile | mhile@jacobsonhile.com |
| Christine K. Jacobson | cjocobson@jacobsonhile.com |
| Dana S. Katz | dkatz@foxrothschild.com |
| John B. LaRue | bankruptcy@johnblarue.com |
| John Hubbs Lewis | lewis@lewisandwilkins.com |
| Whitney L. Mosby | wmosby@bgdlegal.com |
| Mark R. Owens | mowens@btlaw.com |
| Wesley N. Steury | Steury@burtblee.com |
| Jonathan David Sundheimer | jsundheimer@btlaw.com |
| Elizabeth C. Viele | eviele@foxrothschild.com |
| James T. Young | james@rubin-levin.net |

I further certify that on June 21, 2018, a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, or via electronic transmission by this office, and properly addressed to the following:

N/A

                                          /s/ Sarah L. Fowler
                                          Sarah L. Fowler

I\13201372.1