UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| S&S STEELE SERVICES, INC., | ) | Case No. 15-07401-JJG-7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF AMENDED APPEARANCE

Sarah L. Fowler, of the law firm of Mattingly Burke Cohen & Biederman LLP, pursuant to Fed. R. Bankr. P. 9019, S.D. Ind. B-2002-1, and S.D. Ind. B-9010-1, hereby provides notice of her amended appearance in the above-captioned case on behalf of Randall L. Woodruff, Chapter 7 Trustee for the Bankruptcy Estate of S&S Steel Services, Inc., and requests that copies of all documents filed in this bankruptcy case be given to and served upon her at the following:

Sarah L. Fowler
MATTINGLY BURKE COHEN & BIEDERMAN LLP
155 E. Market St. Suite 400
Indianapolis, IN 46204
Tel: (317) 664-7172
Fax: (866) 305-5248
sarah.fowler@mbcblaw.com

The undersigned authorizes services by e-mail at the above e-mail address and certifies that she is admitted to practice in this Court.

Respectfully submitted,

*/s/ Sarah L. Fowler*
Sarah L. Fowler, #30621-49
MATTINGLY BURKE COHEN & BIEDERMAN LLP
155 E. Market St. Suite 400
Indianapolis, IN 46204
Tel: (317) 664-7172
sarah.fowler@mbcblaw.com

*Attorney for Trustee Randall L. Woodruff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Neal Anthony Brackett   nbrackett@btlaw.com
Kayla D. Britton   kayla.britton@faegrebd.com, noticeFRindy@faegrebd.com
John Cannizzaro   john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
Terry M. Giebelstein   tgiebelstein@l-wlaw.com, kwymore@l-wlaw.com
Barry David Goloboff   bgoloboff@sbcglobal.net
Jeffrey M. Hester   jhester@hbkfirm.com, mhetser@hbkfirm.com
Julie L Hieatt   attorney9116@gmail.com, jameskendrasue@gmail.com
Michael W. Hile   mhile@jacobsonhile.com, assistant@jacobsonhile.com
Christine K. Jacobson   cjacobson@jacobsonhile.com, assistant@jacobsonhile.com
Jay Jaffe   jay.jaffe@faegrebd.com, noticeFRindy@faegrebd.com
Dana S Katz   dkatz@foxrothschild.com
Beth Kramer   beth.kramer@usdoj.gov
John B. LaRue   bankruptcy@johnblarue.com, jblbankruptcy@gmail.com;r40321@notify.bestcase.com
Paul J Labov   plabov@foxrothschild.com
John Hubbs Lewis   lewis@lewisandwilkins.com
Jason C. Manfrey   jmanfrey@foxrothschild.com
Michael G Menkowitz   mmenkowitz@foxrothschild.com
James P Moloy   jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Whitney L Mosby   wmosby@bgdlegal.com, floyd@bgdlegal.com
Gregory Ostendorf   gostendorf@scopelitis.com, agregory@scopelitis.com
Mark R. Owens   mowens@btlaw.com, mark.owens@btlaw.com;bankruptcyindy@btlaw.com
John Thomas Piggins   pigginsj@millerjohnson.com, ecfpigginsj@millerjohnson.com
Wendy W Ponader   wendy.ponader@faegrebd.com, noticeFRindy@faegrebd.com
Wesley N Steury   wsteury@burtblee.com
Jonathan David Sundheimer   jsundheimer@btlaw.com
U.S. Trustee   ustpregion10.in.ecf@usdoj.gov
Elizabeth C Viele   eviele@foxrothschild.com
Randall L. Woodruff   rlwtrustee@comcast.net, rlw@trustesolutions.net
James T Young   james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com;mralph@rubin-levin.net

I further certify that on the 26th day of June, 2018, a copy of the foregoing was mailed by United States mail to the following:

**Bose McKinney & Evans LLP**
111 Monument Circle, Ste 2700
Indianapolis, IN 46204
**Focus Management Group**
5001 W. Lemon St
Tampa, FL 33609

**Marietta Financial Services, Inc.**
4622 West 72nd Street,
Suite C
Indianapolis, IN 46268

**S&S Steel Services, Inc.**
444 East 29th Street
Anderson, IN 46016

**Timberlea Steel Inc.**
3455 Harvester Road
Unit #8
Burlington, L7N3P2

*/s/ Sarah L. Fowler*
Sarah L. Fowler