UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| S&S STEEL SERVICES, INC., ) | Case No. 15-07401-JJG-7A |
| ) | |
| Debtor. ) | |

### AMENDED MOTION TO ENLARGE TIME TO OBJECT TO FINAL APPLICATIONS FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES

Barry Sharp, Sheree Sharp, Zachary Sharp, Shannon Sharp, SAS LLP, Z&S Sharp Real Estate, Inc., Nahum Enterprises, and Lead Dog Transport, LLC, interested parties herein and by counsel, respectfully that the deadline to object to the Final Applications of Ice Miller LLP for Allowance and Payment of Compensation nd Reimbursement of Expenses as Counsel to the Chapter 7 Trustee (the "Applications") filed by Ice Miller LLP [Dkts. 582, 583] be enlarged to and through August 15, 2018 and in support, state as follows:

1. On June 21, 2018, Ice Miller LLP, as counsel for the Trustee, filed the Applications, for which objections are due by July 12, 2018 [Dkts. 584, 585].

2. The Sharp Parties are parties to an avoidance action in the above-captioned bankruptcy case (the "Case"), which is currently set for mediation on August 7, 2018.

3. Certain of the Sharp Parties have filed and sought allowance and payment of administrative claims in the Case and as such, have an interest in any estate distributions, including those sought by the Applications, in this Case.

4. The Sharp Parties desire to extend the objection deadline for the Applications until conclusion of the mediation.

5. Counsel for the Sharp Parties contacted the Trustee's counsel regarding this request but as of the filing hereof, has not received a response.

6. This Motion is made out of necessity and not for the purpose of delay and the granting of the Motion will not burden the Trustee.

WHEREFORE, the Sharp Parties respectfully request additional time, or to and including August 15, 2018 to object to the Applications.

Respectfully submitted,

/s/*Christine K. Jacobson*
Christine K. Jacobson Atty. No. 16756-49
JACOBSON HILE, LLC
211 N. Pennsylvania, Suite 1600
Indianapolis, Indiana 46204
317-608-1132
cjacobson@jacobsonhile.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing hereof, the foregoing was sent to all persons entitled to notice through the Court's ecf system. Parties may access this filing through the Court's system.

/s/*Christine K. Jacobson*
Christine K. Jacobson