SO ORDERED: July 16, 2018.



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 12/2017)

In re:

**S&S Steel Services, Inc.**,
      Debtor.

Case No. **15–07401–JJG–7A**

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE MISCELLANEOUS DOCUMENTS/INSTALLMENT PAYMENT

An Amended Motion to Extend Time to File OBJECTION TO APPLICATION FOR FEES AND EXPENSES was filed on July 12, 2018, by Creditor Barry Sharp, Creditor Z&S Sharp Real Estate, Inc., Creditor Nahum Enterprises, LLC, and Creditor Sas, LLP.

**IT IS ORDERED** that the Amended Motion to Extend Time to File OBJECTION TO APPLICATION FOR FEES AND EXPENSES is **GRANTED**. The time for filing is extended to August 15, 2018.

Attorney for the creditors must distribute this order.

###