Case 15-07401-JJG-7A    Doc 600    Filed 07/26/18    EOD 07/26/18 14:22:58    Pg 1 of 18

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 15-07401 | | Trustee Name: | Randall L. Woodruff |
| Case Name: | S&S STEEL SERVICES, INC. | | Date Filed (f) or Converted (c): | 01/21/2016 (c) |
| For the Period Ending: | 06/30/2018 | | §341(a) Meeting Date: | 03/08/2016 |
| | | | Claims Bar Date: | 06/07/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 444 E. 29th St. Anderson, IN 46016<br>ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |
| 2 | Operating account with Wells Fargo Bank, N.A. Account ending in 5635<br>ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |
| 3 | Deposit account with Wells Fargo Bank, NA- Account ending in 5650<br>ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |
| 4 | Checking account with PNC Bank- account ending in 6281<br>ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |
| 5 | American Family Insurance/Hartford Life Insurance Company Face Value $6,000,000.00 Cash Surrender Value $35,153.27 Beneficiary is S&S Steel Services, Inc./Assigned to Wells Fargo as collateral on April 30, 2015<br>ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |
| 6 | 444 E. 29th St. Anderson, IN 46016 Less doubtful accounts<br>ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |
| 7 | Potential claims against former sales manager for breach of noncompete, and related damages. | Unknown | $1.00 | | $0.00 | $1.00 |
| 8 | Website/Domain: http://www.sssteelservices.com/sssteel/<br>ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |
| 9 | Customer List 444 E. 29th St. Anderson, IN 46016<br>ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 15-07401 | | | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|---|---|
| Case Name: | S&S STEEL SERVICES, INC. | | | Date Filed (f) or Converted (c): | 01/21/2016 (c) |
| For the Period Ending: | 06/30/2018 | | | §341(a) Meeting Date: | 03/08/2016 |
| | | | | Claims Bar Date: | 06/07/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | Vehicles, trailers, and accessories. See attached list. 444 E. 29th St. Anderson, IN 46016 ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |
| 11 | Office equipment, furniture, supplies, computers, appliances, printers, fax machines, telephone system, fitness equipment, radios, software, 444 E. 29th St. Anderson, IN 46016 ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |
| 12 | See attached list. 444 E. 29th St. Anderson, IN 46016 Estimated at forced liquidation value. ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |
| 13 | Steel coils, sheets, and scrap. 444 E. 29th St. Anderson, IN 46016 2812 E. 38th St. Anderson, IN 46016 Valued at 60% of cost value. ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |
| 14 | Leasehold improvements relating to lease of real property located at 444 E. 29th St., Anderson, IN 46016 and 2812 E. 38th St., Anderson, IN 46016. Leases are set forth on Schedule G. Book value less accrued additional depreciation. ADMINISTERED IN CHAPTER 11 CASE | $0.00 | $0.00 | OA | $0.00 | FA |
| 15 | vehicle sale proceeds (u) | $0.00 | $28,830.00 | | $28,830.00 | FA |
| 16 | avoidance actions vs any "non-insider" as defined in 11 U.S.C. 101(31)(B) (u) | $0.00 | $0.00 | | $747,468.08 | $0.00 |
| Asset Notes: | Collections continue. Some amounts yet to be collected. | | | | | |
| 17 | causes of action against any "insiders" of debtor as defined in 11 U.S.C. 101(31)(B) (u) | $0.00 | $1.00 | | $0.00 | $1.00 |

| Case No.: | 15-07401 | | | Trustee Name: | Randall L. Woodruff |
| --- | --- | --- | --- | --- | --- |
| Case Name: | S&S STEEL SERVICES, INC. | | | Date Filed (f) or Converted (c): | 01/21/2016 (c) |
| For the Period Ending: | 06/30/2018 | | | §341(a) Meeting Date: | 03/08/2016 |
| | | | | Claims Bar Date: | 06/07/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Asset Notes:**   Trustee seeks to employ Fox Rothschild as Special Counsel in all such claims.

**TOTALS (Excluding unknown value)**                                                                                                                                          **Gross Value of Remaining Asset**

                                         $0.00                  $28,832.00                                 $776,298.08                       $2.00

**Major Activities affecting case closing:**

| 07/02/2018 | Trial v. Sharp, et al has been continued; mediation is scheduled for 8/7/18. |
| 05/16/2018 | Trial v. Sharp, et al 5/16-18/2018, Rm. 311, U.S. Courthouse, Indpls, IN |
| 04/11/2016 | Court grants Trustee's motions to employ Ice Miller and Fox Rothschild as Special Counsel |

**Initial Projected Date Of Final Report (TFR):**   06/30/2017         **Current Projected Date Of Final Report (TFR):**   10/31/2018        /s/ RANDALL L. WOODRUFF

                                                                                                                                                                                      RANDALL L. WOODRUFF

**FORM 2**

Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-07401 | | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|---|
| Case Name: | S&S STEEL SERVICES, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6723 | | Checking Acct #: | ******4372 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2017 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/03/2016 | (15) | Wells Fargo | vehicles sales proceeds | 1290-010 | $28,830.00 | | $28,830.00 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $41.72 | $28,788.28 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $44.83 | $28,743.45 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $46.25 | $28,697.20 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $44.69 | $28,652.51 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $46.11 | $28,606.40 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $46.03 | $28,560.37 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $44.47 | $28,515.90 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $45.89 | $28,470.01 |
| 11/04/2016 | 3001 | International Sureties, Ltd. | Bond # 016028270 | 2300-000 | | $21.04 | $28,448.97 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $44.31 | $28,404.66 |
| 12/01/2016 | (16) | Cassidy C. Fritz P.C. | preference payment | 1241-000 | $385.85 | | $28,790.51 |
| 12/01/2016 | (16) | Haywood L. Martin and Jo Ann Martin | preference payment | 1241-000 | $1,700.00 | | $30,490.51 |
| 12/01/2016 | (16) | Accurate Cutting Technologies, Inc. | preference payment | 1241-000 | $359.70 | | $30,850.21 |
| 12/01/2016 | (16) | J & E Tire Center, Inc. | preference payment | 1241-000 | $1,072.02 | | $31,922.23 |
| 12/01/2016 | (16) | Aspen Transportation, LLC | PREFERENCE PAYMENT | 1241-000 | $1,800.00 | | $33,722.23 |
| 12/08/2016 | (16) | Insight Worldwide | payment of preference | 1241-000 | $742.50 | | $34,464.73 |
| 12/08/2016 | (16) | Emergency Radio Service, LLC | payment of preference | 1241-000 | $205.44 | | $34,670.17 |
| 12/15/2016 | (16) | Jerry W. Hays and Rillie M.Hays | non-insider preference payment in full | 1241-000 | $138.00 | | $34,808.17 |
| 12/15/2016 | (16) | JTSC Telecommunications Services Company | non-insider preference payment in full | 1241-000 | $281.25 | | $35,089.42 |
| 12/23/2016 | (16) | Taurus Tool & Engineering | payment of non-insder preference demand | 1241-000 | $623.00 | | $35,712.42 |
| 12/23/2016 | (16) | Service Crane Co. | payment of non-insder preference demand | 1241-000 | $1,212.50 | | $36,924.92 |
| 12/23/2016 | (16) | VOSS Clark | payment of non-insder preference demand | 1241-000 | $353.99 | | $37,278.91 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.87 | $37,224.04 |
| | | | **SUBTOTALS** | | $37,704.25 | $480.21 | |

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-07401 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | S&S STEEL SERVICES, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6723 | Checking Acct #: | ******4372 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2017 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/06/2017 | (16) | Universal Metals LLC | non-insider preference payment in full | 1241-000 | $9,374.86 | | $46,598.90 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.80 | $46,528.10 |
| 02/08/2017 | (16) | Ratner Steel Supply Co. | payment in full of preference payment | 1241-000 | $8,800.82 | | $55,328.92 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $76.97 | $55,251.95 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $89.15 | $55,162.80 |
| 04/01/2017 | (16) | Kenwal Steel Corp | Accepted payment per Order of 3/23/2017 Kenwal Steel Corp | 1241-000 | $5,744.03 | | $60,906.83 |
| 04/01/2017 | (16) | Efreightship.LLC | Accepted payment per Order of 3/23/2017 Efreightship, LLC | 1241-000 | $1,800.00 | | $62,706.83 |
| 04/01/2017 | (16) | Steel Spectrum, LLC | Accepted payment per Order of 3/23/2017 Steel Spectrum LLC | 1241-000 | $1,000.00 | | $63,706.83 |
| 04/01/2017 | (16) | Steel Spectrum LLC | Accepted payment per Order of 3/23/2017 Steel Spectrum LLC | 1241-000 | $1,000.00 | | $64,706.83 |
| 04/01/2017 | (16) | Steel Spectrum LLC | Accepted payment per Order of 3/23/2017 Steel Spectrum LLC | 1241-000 | $1,000.00 | | $65,706.83 |
| 04/01/2017 | (16) | Steel Spectrum LLC | Accepted payment per Order of 3/23/2017 Steel Spectrum LLC | 1241-000 | $1,000.00 | | $66,706.83 |
| 04/01/2017 | (16) | Harvard Stel Sales LTD | Accepted payment per Order of 3/23/2017 Harvard Steel Sales LTD | 1241-000 | $13,000.00 | | $79,706.83 |
| 04/01/2017 | (16) | Royal Metal Industries, Inc. | Accepted payment per Order of 3/23/2017 Royal Metal Industries, Inc. | 1241-000 | $12,000.00 | | $91,706.83 |
| 04/01/2017 | (16) | Steel Technologies, LLC | Accepted payment per Order of 3/23/2017 Steel Technologies LLC | 1241-000 | $3,500.00 | | $95,206.83 |
| 04/01/2017 | (16) | Synchrony Financial | Accepted payment per Order of 3/23/2017 Synchrony Financial | 1241-000 | $137.24 | | $95,344.07 |
| 04/01/2017 | (16) | Mode Transportation, LLC | Accepted payment per Order of 3/23/2017 Mode Transportation LLC | 1241-000 | $550.00 | | $95,894.07 |
| | | | **SUBTOTALS** | | **$58,906.95** | **$236.92** | |

Case 15-07401-JJG-7A   Doc 600   Filed 07/26/18   EOD 07/26/18 14:22:58   Pg 6 of 18

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 15-07401 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | S&S STEEL SERVICES, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6723 | Checking Acct #: | ******4372 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2017 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/01/2017 | (16) | Surplus Metals Corp | Accepted payment per Order of 3/23/2017 Surplus Metals Corp | 1241-000 | $10,000.00 | | $105,894.07 |
| 04/21/2017 | 3002 | Wells Fargo Bank NA | partial payment of 507(b) admin claim per Order of 03/23/17 | 2990-800 | | $76,811.23 | $29,082.84 |
| 04/24/2017 | (16) | Eagle Capital Corporation | settlement per Order of 03/23/2017 | 1241-000 | $3,400.00 | | $32,482.84 |
| 04/24/2017 | (16) | Steel Spectrum LLC | settlement per Order of 03/23/2017 | 1241-000 | $1,000.00 | | $33,482.84 |
| 04/24/2017 | (16) | Access Steel Supply, LLC | settlement per Order of 03/23/2017 | 1241-000 | $4,000.00 | | $37,482.84 |
| 04/24/2017 | (16) | Alro Seel Corporation | settlement per Order of 03/23/2017 | 1241-000 | $200.00 | | $37,682.84 |
| 04/24/2017 | (16) | Alto Steel Company, Inc. | Initial payment per settlement per Order of 03/23/17 | 1241-000 | $6,000.00 | | $43,682.84 |
| 04/24/2017 | (16) | Barnes & Thornburg, LLP | settlement per Order of 03/23/2017 | 1241-000 | $2,763.25 | | $46,446.09 |
| 04/24/2017 | (16) | Cargill Incorporated | settlement per Order of 03/23/2017 | 1241-000 | $27,687.44 | | $74,133.53 |
| 04/24/2017 | (16) | Eagle Steel Corporation | settlement per Order of 03/23/2017 | 1241-000 | $10,000.00 | | $84,133.53 |
| 04/24/2017 | (16) | Esmark Steel Group - Midwest | settlement per Order of 03/23/2017 | 1241-000 | $15,558.06 | | $99,691.59 |
| 04/24/2017 | (16) | Heidtman Steel Products | settlement per Order of 03/23/2017 | 1241-000 | $4,007.00 | | $103,698.59 |
| 04/24/2017 | (16) | K&M Transport LLC | settlement per Order of 03/23/2017 | 1241-000 | $4,200.00 | | $107,898.59 |
| 04/24/2017 | (16) | Metals USA | settlement per Order of 03/23/2017 | 1241-000 | $4,992.51 | | $112,891.10 |
| 04/24/2017 | (16) | Miami Valley Steel Service, Inc. | settlement per Order of 03/23/2017 | 1241-000 | $6,000.00 | | $118,891.10 |
| 04/24/2017 | (16) | Monarch Steel Company, Inc. | settlement per Order of 03/23/2017 | 1241-000 | $7,000.00 | | $125,891.10 |
| 04/24/2017 | (16) | National Material Company | settlement per Order of 03/23/2017 | 1241-000 | $2,068.69 | | $127,959.79 |
| 04/24/2017 | (16) | Packaging Systems of Indiana, Inc. | settlement per Order of 03/23/2017 | 1241-000 | $9,199.90 | | $137,159.69 |
| 04/24/2017 | (16) | Pioneer Lumber Company | settlement per Order of 03/23/2017 | 1241-000 | $8,765.46 | | $145,925.15 |
| 04/24/2017 | (16) | Taylor Steel Inc. | setttlement per Order of 03/23/2017 | 1241-000 | $23,400.00 | | $169,325.15 |
| 04/24/2017 | (16) | Viking Materials | settlement per Order of 03/23/2017 | 1241-000 | $1,250.00 | | $170,575.15 |
| 04/24/2017 | (16) | Vision Metals, LLC | settlement per Order of 03/23/2017 | 1241-000 | $1,000.00 | | $171,575.15 |

**SUBTOTALS**  $152,492.31  $76,811.23

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| | |  | |
|---|---|---|---|
| Case No. | 15-07401 | Trustee Name: | Randall L. Woodruff |
| Case Name: | S&S STEEL SERVICES, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6723 | Checking Acct #: | ******4372 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2017 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/24/2017 | (16) | Alto Steel Company, Inc. | 2nd installment of settlement per Order of 03/23/2017 | 1241-000 | $6,000.00 | | $177,575.15 |
| 04/24/2017 | (16) | The Universal Steel Company | settlement per Order of 03/23/2017 | 1241-000 | $1,314.95 | | $178,890.10 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $195.53 | $178,694.57 |
| 05/23/2017 | 3003 | Clerk, U.S. Bankruptcy Court | deferred A/P filing fees | * | | $1,050.00 | $177,644.57 |
| | | | Case # 16-50376                         ($350.00) | 2700-000 | | | $177,644.57 |
| | | | Case #16-50377                          ($350.00) | 2700-000 | | | $177,644.57 |
| | | | Case #16-50378                          ($350.00) | 2700-000 | | | $177,644.57 |
| 05/23/2017 | 3004 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $176,594.57 |
| | | | Case #16-50379                          ($350.00) | 2700-000 | | | $176,594.57 |
| | | | Case #16-50380                          ($350.00) | 2700-000 | | | $176,594.57 |
| | | | Case #16-50381                          ($350.00) | 2700-000 | | | $176,594.57 |
| 05/23/2017 | 3005 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $175,544.57 |
| | | | Case #16-50382                          ($350.00) | 2700-000 | | | $175,544.57 |
| | | | Case #16-50383                          ($350.00) | 2700-000 | | | $175,544.57 |
| | | | Case #16-50386                          ($350.00) | 2700-000 | | | $175,544.57 |
| 05/23/2017 | 3006 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $174,494.57 |
| | | | Case #16-50387                          ($350.00) | 2700-000 | | | $174,494.57 |
| | | | Case #16-50388                          ($350.00) | 2700-000 | | | $174,494.57 |
| | | | Case #16-50389                          ($350.00) | 2700-000 | | | $174,494.57 |
| 05/23/2017 | 3007 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $173,444.57 |
| | | | Case #16-50390                          ($350.00) | 2700-000 | | | $173,444.57 |
| | | | Case #16-50391                          ($350.00) | 2700-000 | | | $173,444.57 |
| | | | Case #16-50392                          ($350.00) | 2700-000 | | | $173,444.57 |
| | | | **SUBTOTALS** | | **$7,314.95** | **$5,445.53** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 15-07401 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | S&S STEEL SERVICES, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6723 | Checking Acct #: | ******4372 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2017 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/23/2017 | 3008 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $172,394.57 |
| | | | Case #16-50393                        ($350.00) | 2700-000 | | | $172,394.57 |
| | | | Case #16-50394                        ($350.00) | 2700-000 | | | $172,394.57 |
| | | | Case #17-50006                        ($350.00) | 2700-000 | | | $172,394.57 |
| 05/23/2017 | 3009 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $171,344.57 |
| | | | Case #17-50007                        ($350.00) | 2700-000 | | | $171,344.57 |
| | | | Case #17-50008                        ($350.00) | 2700-000 | | | $171,344.57 |
| | | | Case #17-50009                        ($350.00) | 2700-000 | | | $171,344.57 |
| 05/23/2017 | 3010 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $170,294.57 |
| | | | Case #17-50010                        ($350.00) | 2700-000 | | | $170,294.57 |
| | | | Case #17-50011                        ($350.00) | 2700-000 | | | $170,294.57 |
| | | | Case #17-50018                        ($350.00) | 2700-000 | | | $170,294.57 |
| 05/23/2017 | 3011 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $169,244.57 |
| | | | Case #17-50019                        ($350.00) | 2700-000 | | | $169,244.57 |
| | | | Case #17-50020                        ($350.00) | 2700-000 | | | $169,244.57 |
| | | | Case #17-50021                        ($350.00) | 2700-000 | | | $169,244.57 |
| 05/23/2017 | 3012 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $168,194.57 |
| | | | Case #17-50022                        ($350.00) | 2700-000 | | | $168,194.57 |
| | | | Case #17-50023                        ($350.00) | 2700-000 | | | $168,194.57 |
| | | | Case #17-50024                        ($350.00) | 2700-000 | | | $168,194.57 |
| 05/23/2017 | 3013 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $167,144.57 |
| | | | Case #17-50025                        ($350.00) | 2700-000 | | | $167,144.57 |
| | | | Case #17-50026                        ($350.00) | 2700-000 | | | $167,144.57 |
| | | | Case #17-50027                        ($350.00) | 2700-000 | | | $167,144.57 |
| | | | **SUBTOTALS** | | $0.00 | $6,300.00 | |

**FORM 2**

Page No: 6

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 15-07401 | | Trustee Name: | Randall L. Woodruff |
| Case Name: | S&S STEEL SERVICES, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6723 | | Checking Acct #: | ******4372 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2017 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/23/2017 | 3014 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $166,094.57 |
| | | | Case #17-50028           ($350.00) | 2700-000 | | | $166,094.57 |
| | | | Case #17-50029           ($350.00) | 2700-000 | | | $166,094.57 |
| | | | Case #17-50030           ($350.00) | 2700-000 | | | $166,094.57 |
| 05/23/2017 | 3015 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $165,044.57 |
| | | | Case #17-50031           ($350.00) | 2700-000 | | | $165,044.57 |
| | | | Case #17-50034           ($350.00) | 2700-000 | | | $165,044.57 |
| | | | Case #17-50035           ($350.00) | 2700-000 | | | $165,044.57 |
| 05/23/2017 | 3016 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $163,994.57 |
| | | | Case #17-50036           ($350.00) | 2700-000 | | | $163,994.57 |
| | | | Case #17-50037           ($350.00) | 2700-000 | | | $163,994.57 |
| | | | Case #17-50038           ($350.00) | 2700-000 | | | $163,994.57 |
| 05/23/2017 | 3017 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $162,944.57 |
| | | | Case #17-50039           ($350.00) | 2700-000 | | | $162,944.57 |
| | | | Case #17-50040           ($350.00) | 2700-000 | | | $162,944.57 |
| | | | Case #17-50041           ($350.00) | 2700-000 | | | $162,944.57 |
| 05/23/2017 | 3018 | Clerk, U.S. Bankruptcy Court | | * | | $1,050.00 | $161,894.57 |
| | | | Case #17-50042           ($350.00) | 2700-000 | | | $161,894.57 |
| | | | Case #17-50043           ($350.00) | 2700-000 | | | $161,894.57 |
| | | | Case #17-50118           ($350.00) | 2700-000 | | | $161,894.57 |
| 05/26/2017 | (16) | Universal Truckload | non-insider preference settlement per Order of 05/18/17 | 1241-000 | $5,350.00 | | $167,244.57 |
| 05/26/2017 | (16) | C.H. Robbinson Innternational Inc. | non-insider preference settlement per Order of 05/18/17 | 1241-000 | $10,000.00 | | $177,244.57 |
| | | | **SUBTOTALS** | | **$15,350.00** | **$5,250.00** | |

**FORM 2**

Page No: 7

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-07401 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | S&S STEEL SERVICES, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6723 | Checking Acct #: | ******4372 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2017 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/26/2017 | (16) | Phoenix Steel Service, Inc. | non-insider preference settlement per Order of 05/18/17 | 1241-000 | $9,000.00 | | $186,244.57 |
| 05/26/2017 | (16) | Superior Steel Supply LLC | non-insider preference settlement per Order of 05/18/17 | 1241-000 | $7,150.00 | | $193,394.57 |
| 05/26/2017 | (16) | Steel Spectrum LLC | non-insider preference settlement per Order of 05/18/17 | 1241-000 | $1,000.00 | | $194,394.57 |
| 05/26/2017 | (16) | West Walker Steel | non-insider preference settlement per Order of 05/18/17 | 1241-000 | $3,000.00 | | $197,394.57 |
| 05/26/2017 | (16) | DuCharme, McMillen & Associates, Inc. | non-insider preference settlement per Order of 05/18/17 | 1241-000 | $28,500.00 | | $225,894.57 |
| 05/26/2017 | (16) | Steel Warehouse Company LLC | non-insider preference settlement per Order of 05/18/17 | 1241-000 | $6,757.09 | | $232,651.66 |
| 05/26/2017 | (16) | Blue Fin Steel Corporation | non-insider preference settlement per Order of 05/18/17 | 1241-000 | $6,210.00 | | $238,861.66 |
| 05/26/2017 | (16) | Anchor Steel LLC | non-insider preference settlement per Order of 05/18/17 | 1241-000 | $5,750.00 | | $244,611.66 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $294.89 | $244,316.77 |
| 06/06/2017 | (16) | wire in | settlement proceeds per Order of 5/18/2017 (ArcelorMittal); actual deposit date = 05/30/2017 | 1241-000 | $19,500.00 | | $263,816.77 |
| 06/12/2017 | 3019 | Wells Fargo | partial payment of super administrative claim per Order of 5/18/2017 | 2990-800 | | $69,176.86 | $194,639.91 |
| 06/15/2017 | (16) | Colorado Metals LLC | non-insider preference settlement per Order of 05/18/17 | 1241-000 | $12,814.76 | | $207,454.67 |
| 06/15/2017 | (16) | HMB Steel | non-insider preference settlement payment per Order of 05/18/17 | 1241-000 | $9,991.30 | | $217,445.97 |
| 06/15/2017 | (16) | Eastern Metal Trading Co., Inc. | non-insider preference settlement payment per Order of 05/18/17 | 1241-000 | $2,848.92 | | $220,294.89 |
| | | | **SUBTOTALS** | | $112,522.07 | $69,471.75 | |

**FORM 2**

Page No: 8

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-07401 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | S&S STEEL SERVICES, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6723 | Checking Acct #: | ******4372 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2017 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/15/2017 | (16) | Venture Steel, Inc. | non-insider preference settlement payment per Order of 05/18/17 | 1241-000 | $10,600.36 | | $230,895.25 |
| 06/15/2017 | (16) | KLB Steel LLC | non-insider preference settlement payment per Order of 05/18/17 | 1241-000 | $8,720.80 | | $239,616.05 |
| 06/15/2017 | (16) | Meddford Metals | non-insider preference settlement payment per Order of 05/18/17 | 1241-000 | $11,645.48 | | $251,261.53 |
| 06/15/2017 | (16) | Steel Specttrum, LLC | non-insider settlement payment per court order | 1241-000 | $1,000.00 | | $252,261.53 |
| 06/20/2017 | (16) | Nucor Castrip Arkansas, LLC | settlement of preference claim per Order of 6/9/17 | 1241-000 | $67,992.42 | | $320,253.95 |
| 06/24/2017 | 3020 | Wells Fargo | partial payment of superiority administrative claim per Order of 6/9/2017 | 2990-800 | | $24,000.00 | $296,253.95 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $441.90 | $295,812.05 |
| 07/05/2017 | 3021 | Wells Fargo | partial payment of superiority administrative claim per Court order o 06/19/17. | 2990-800 | | $32,032.85 | $263,779.20 |
| 07/13/2017 | (16) | Industrial Steel & Fastener Corp. | non-insider preference settlement payment | 1241-000 | $1,420.00 | | $265,199.20 |
| 07/13/2017 | (16) | Triamerica Steel Resources, LLC | non-insider preference settlement payment | 1241-000 | $39,057.77 | | $304,256.97 |
| 07/13/2017 | (16) | Bridgeport Capital Services | non-insider preference settlement payment | 1241-000 | $500.00 | | $304,756.97 |
| 07/13/2017 | (16) | United States Steel Corporation | non-insider preference settlement payment | 1241-000 | $44,226.70 | | $348,983.67 |
| 07/13/2017 | (16) | Steel Spectrum LLC | non-insider preference settlement payment | 1241-000 | $1,000.00 | | $349,983.67 |
| 07/13/2017 | (16) | State Steel Supply Co. | non-insider preference settlement payment | 1241-000 | $10,141.30 | | $360,124.97 |
| 07/13/2017 | (16) | MidWest Materials Steel Service Center | non-insider preference settlement payment | 1241-000 | $8,734.11 | | $368,859.08 |
| 07/13/2017 | (16) | Odyssey CM Logistics LLC | non-insider preference settlement payment | 1241-000 | $5,000.00 | | $373,859.08 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $560.57 | $373,298.51 |
| 08/03/2017 | (16) | Wolverine Steel, Inc. | settlement payment of non-insider preference action | 1241-000 | $333.37 | | $373,631.88 |
| 08/03/2017 | (16) | Wolverine Steel, Inc. | settlement payment of non-insider preference action | 1241-000 | $333.33 | | $373,965.21 |
| | | | **SUBTOTALS** | | **$210,705.64** | **$57,035.32** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9

| Case No. | 15-07401 | | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|---|
| Case Name: | S&S STEEL SERVICES, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6723 | | Checking Acct #: | ******4372 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2017 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/03/2017 | (16) | Steel Spectrum, LLC | settlement payment of non-insider preference action | 1241-000 | $1,000.00 | | $374,965.21 |
| 08/03/2017 | (16) | Premium Steel Sales, LLC | settlement payment of non-insider preference action | 1241-000 | $22,000.00 | | $396,965.21 |
| 08/03/2017 | (16) | TMC Transportation, Inc. | settlement payment of non-insider preference action | 1241-000 | $11,500.00 | | $408,465.21 |
| 08/03/2017 | (16) | Boyd Bros. Transportation, Inc. | settlement payment of non-insider preference action | 1241-000 | $3,400.00 | | $411,865.21 |
| 08/03/2017 | (16) | Worthington Industries, Inc. | settlement payment of non-insider preference action | 1241-000 | $15,000.00 | | $426,865.21 |
| 08/28/2017 | 3022 | Ice Miller LLP | interim comp per order of 8/25/2017 | 3210-600 | | $65,863.46 | $361,001.75 |
| 08/28/2017 | 3023 | Ice Miller LLP | reimbursement of expenses per order of 08/25/2017 | 3220-610 | | $7,200.41 | $353,801.34 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $671.75 | $353,129.59 |
| 09/11/2017 | | Pinnacle Bank | Transfer Funds | 9999-000 | | $353,129.59 | $0.00 |

| | | | | **SUBTOTALS** | $52,900.00 | $426,865.21 | |

**FORM 2**

Page No: 10

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 15-07401 | |
| Case Name: | S&S STEEL SERVICES, INC. | |
| Primary Taxpayer ID #: | **-***6723 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/01/2017 | |
| For Period Ending: | 06/30/2018 | |

| | |
|---|---|
| Trustee Name: | Randall L. Woodruff |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******4372 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $647,896.17 | $647,896.17 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $353,129.59 | |
| | | | Subtotal | | $647,896.17 | $294,766.58 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $647,896.17 | $294,766.58 | |

| For the period of 07/01/2017 to 06/30/2018 | | For the entire history of the account between 02/24/2016 to 6/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $163,646.58 | Total Compensable Receipts: | $647,896.17 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $163,646.58 | Total Comp/Non Comp Receipts | $647,896.17 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $0.00 |
| | | | |
| Total Compensable Disbursements: | $106,329.04 | Total Compensable Disbursements: | $294,766.58 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $106,329.04 | Total Comp/Non Comp Disbursements | $294,766.58 |
| Total Internal/Transfer Disbursements | $353,129.59 | Total Internal/Transfer Disbursements | $353,129.59 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-07401 | | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|---|
| Case Name: | S&S STEEL SERVICES, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6723 | | Checking Acct #: | ******0013 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2017 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/11/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $353,129.59 | | $353,129.59 |
| 09/20/2017 | 5001 | Wells Fargo | partial payment of super-priority claim per Order of 8/31/17 | 2990-800 | | $36,205.14 | $316,924.45 |
| 09/29/2017 | (16) | Barnes & Thornburg, LLP, IOLTA | SETTLEMENT OF NON-INSIDER PREFERENCE | 1241-000 | $5,626.00 | | $322,550.45 |
| 09/29/2017 | (16) | Olympic Steel | settlement of non-insider preference claim | 1241-000 | $22,500.00 | | $345,050.45 |
| 09/29/2017 | (16) | Wellington Steel Supply | settlement of non-insder preference claim | 1241-000 | $12,665.00 | | $357,715.45 |
| 09/29/2017 | (16) | Steel Spectrum LLC | settlement of non-insider preference claim | 1241-000 | $1,000.00 | | $358,715.45 |
| 09/29/2017 | (16) | Discount Metals, Inc. | settlement of non-insider preference claim | 1241-000 | $9,011.70 | | $367,727.15 |
| 09/29/2017 | (16) | Wolverine Steel, Inc. | settlement of non-insider preference claim | 1241-000 | $333.33 | | $368,060.48 |
| 09/29/2017 | (16) | Morales Group, Inc. | settlement of non-insider preference claim | 1241-000 | $11,500.00 | | $379,560.48 |
| 09/29/2017 | (16) | Great American Insurance Companies | settlement of non-insider preference claim | 1241-000 | $19,200.00 | | $398,760.48 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $363.96 | $398,396.52 |
| 10/31/2017 | 5002 | Bose McKinney & Evans LLP | payment of special counsel fee per Order of 10/30/17 (doc 506) | 3210-600 | | $18,040.98 | $380,355.54 |
| 10/31/2017 | 5003 | Bose McKinney & Evans, LLP | payment of special counsel expenses per Order of 10/30/17 (doc 506) | 3220-610 | | $900.60 | $379,454.94 |
| 11/01/2017 | (16) | Steel Spectrum LLC | PARTIAL PAYMENT OF PREFERENCE SETTLEMENT | 1241-000 | $1,000.00 | | $380,454.94 |
| 11/01/2017 | (16) | STEEL SPECTRUM | PARTIAL PAYMENT OF PREFERENCE SETTLEMENT | 1241-000 | $1,000.00 | | $381,454.94 |
| 11/01/2017 | (16) | WOLVERINE STEEL, INC. | PARTIAL PAYMENT OF PREFERENCE SETTLEMENT | 1241-000 | $333.33 | | $381,788.27 |
| 11/01/2017 | (16) | WOLVERINE STEEL, INC. | PARTIAL PAYMENT OF PREFERENCE SETTLEMENT | 1241-000 | $333.33 | | $382,121.60 |
| 11/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $638.79 | $381,482.81 |

**SUBTOTALS** $437,632.28  $56,149.47

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 12

| Case No. | 15-07401 | | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|---|
| Case Name: | S&S STEEL SERVICES, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6723 | | Checking Acct #: | ******0013 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2017 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/06/2017 | 5004 | International Sureties, Ltd. | pro rata allocation of Trustee's Bond per International Sureties, Ltd Invoice dated 11/03/17 for period 11/03/17 to 11/03/2018. Bond #016028270 | 2300-000 | | $262.49 | $381,220.32 |
| 11/13/2017 | 5005 | Marietta Financial Services, Inc. | accountants' fee per Order of 11/13/17 (Doc 515) | 3410-000 | | $4,288.15 | $376,932.17 |
| 11/13/2017 | 5006 | Marietta Financial Services, Inc. | accountants' reimbursable expenses per Order of 11/13/17 (Doc 515) | 3420-000 | | $148.90 | $376,783.27 |
| 11/21/2017 | (16) | Burt, Blee, Dixon, Sutton & Bloom LLP | non-insider preference settlement | 1241-000 | $8,595.98 | | $385,379.25 |
| 11/21/2017 | (16) | Ice Miller trust account | non-insider preference settlement from Russel Metals, Inc. | 1241-000 | $2,500.00 | | $387,879.25 |
| 11/21/2017 | (16) | Allied Steel | non-insider preference settlement | 1241-000 | $1,750.00 | | $389,629.25 |
| 11/21/2017 | (16) | Alied Steel Industries, LP | non-insider preference settlement payment | 1241-000 | $1,750.00 | | $391,379.25 |
| 11/21/2017 | (16) | Premier Steel LLC | non-insider preference settlement / deposit reversed due to check being stale and returned. | 1241-000 | $10,743.26 | | $402,122.51 |
| 11/27/2017 | 5007 | Wells Fargo | partial payment of super-priority claim per Order of 11/08/17 | 2990-800 | | $13,146.60 | $388,975.91 |
| 11/29/2017 | (16) | DEP REVERSE: Premier Steel LLC | non-insider preference settlement / deposit reversed due to check being stale and returned. | 1241-000 | ($10,743.26) | | $378,232.65 |
| 11/30/2017 | 5008 | UpShot Services LLC | payment for completion of Transition Services per order of 4/25/16 (doc 258) | 6990-000 | | $250.00 | $377,982.65 |
| 12/04/2017 | (16) | Premier Steel LLC | settlement of non-insider preference claim | 1241-000 | $10,743.26 | | $388,725.91 |
| 12/04/2017 | (16) | Wolverine Steel, Inc. | payment on non-insider preference settlement | 1241-000 | $333.33 | | $389,059.24 |
| 12/04/2017 | (16) | The Cross Law Firm, P.C. for Lew Thornburg Trucking | settlement of non-insider preference claim | 1241-000 | $4,560.00 | | $393,619.24 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $609.55 | $393,009.69 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $638.87 | $392,370.82 |
| | | | **SUBTOTALS** | | $30,232.57 | $19,344.56 | |

**FORM 2**

Page No: 13

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-07401 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | S&S STEEL SERVICES, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6723 | Checking Acct #: | ******0013 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 07/01/2017 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/11/2018 | 5009 | Wells Fargo | partial payment of super-priority claim per Order of 01/08/18 (doc 553) | 2990-800 | | $2,236.00 | $390,134.82 |
| 01/12/2018 | (16) | Allied Steel Industries LP | non insider preference settlement | 1241-000 | $1,750.00 | | $391,884.82 |
| 01/31/2018 | (16) | Wolverine Steel, Inc. | payment on non-insider preference settlement | 1241-000 | $333.33 | | $392,218.15 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $634.66 | $391,583.49 |
| 02/07/2018 | (16) | Timberlea Steel, Inc. | settlement of non-insider preference action and paid thrrough Ice Miller trust acct | 1241-000 | $8,000.00 | | $399,583.49 |
| 02/21/2018 | (16) | Allied Steel Industries LP | balance of non-insider preference claim | 1241-000 | $2,250.00 | | $401,833.49 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $580.24 | $401,253.25 |
| 03/06/2018 | (16) | Wolverine Steel, Inc. | payment on non-insider preference claim | 1241-000 | $333.33 | | $401,586.58 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $648.06 | $400,938.52 |
| 04/04/2018 | (16) | Wolverine Steel, Inc. | payment of non-insider preference action | 1241-000 | $333.33 | | $401,271.85 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $626.59 | $400,645.26 |
| 05/07/2018 | (16) | Wolverine Steel, Inc. | PARTIAL PAYMENT ON PREFERENCE SETTLEMENT | 1241-000 | $333.33 | | $400,978.59 |
| 05/14/2018 | 5010 | Marietta Financial Services, Inc. | accountant's fees paid per Order of 05/14/2018 (doc 579) | 3410-000 | | $4,123.95 | $396,854.64 |
| 05/14/2018 | 5011 | Marietta Financial Services, Inc. | reimbursable expenses per Order of 05/14/18 (doc 579) | 3420-000 | | $74.45 | $396,780.19 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $645.13 | $396,135.06 |
| 06/01/2018 | (16) | Wolverine Steel,Inc. | payment on non-insider preference settlement | 1241-000 | $333.33 | | $396,468.39 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $619.09 | $395,849.30 |
| | | | **SUBTOTALS** | | $13,666.65 | $10,188.17 | |

Case 15-07401-JJG-7A   Doc 600   Filed 07/26/18   EOD 07/26/18 14:22:58   Pg 17 of 18

**FORM 2**

Page No: 14

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No. | 15-07401 | | Trustee Name: | Randall L. Woodruff |
| Case Name: | S&S STEEL SERVICES, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6723 | | Checking Acct #: | ******0013 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2017 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTALS:** | $481,531.50 | $85,682.20 | $395,849.30 |
| | | **Less: Bank transfers/CDs** | $353,129.59 | $0.00 | |
| | | **Subtotal** | $128,401.91 | $85,682.20 | |
| | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | **Net** | $128,401.91 | $85,682.20 | |

| For the period of 07/01/2017 to 06/30/2018 | | For the entire history of the account between 09/11/2017 to 6/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $128,401.91 | Total Compensable Receipts: | $128,401.91 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $128,401.91 | Total Comp/Non Comp Receipts | $128,401.91 |
| Total Internal/Transfer Receipts | $353,129.59 | Total Internal/Transfer Receipts | $353,129.59 |
| | | | |
| Total Compensable Disbursements: | $85,682.20 | Total Compensable Disbursements: | $85,682.20 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $85,682.20 | Total Comp/Non Comp Disbursements | $85,682.20 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 15

| Case No. | 15-07401 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | S&S STEEL SERVICES, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6723 | Checking Acct #: | ******0013 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 07/01/2017 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $776,298.08 | $380,448.78 | $395,849.30 |

For the period of 07/01/2017 to 06/30/2018

| | |
|---|---|
| Total Compensable Receipts: | $292,048.49 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $292,048.49 |
| Total Internal/Transfer Receipts | $353,129.59 |
| | |
| Total Compensable Disbursements: | $192,011.24 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $192,011.24 |
| Total Internal/Transfer Disbursements | $353,129.59 |

For the entire history of the account between 09/11/2017 to 6/30/2018

| | |
|---|---|
| Total Compensable Receipts: | $776,298.08 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $776,298.08 |
| Total Internal/Transfer Receipts | $353,129.59 |
| | |
| Total Compensable Disbursements: | $380,448.78 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $380,448.78 |
| Total Internal/Transfer Disbursements | $353,129.59 |

/s/ RANDALL L. WOODRUFF

RANDALL L. WOODRUFF