SO ORDERED: July 27, 2018.



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| S&S STEEL SERVICES, INC. | ) | CASE NO. 17-07401-JJG-7 |
| | ) | |
| | ) | |
| | ) | |

### ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY MATTINGLY BURKE COHEN & BIEDERMAN LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE AS OF JUNE 25, 2018

Randall L. Woodruff, Trustee, herein, having filed an Application to Employ Mattingly Burke Cohen & Biederman LLP as Counsel To The Chapter 7 Trustee As of June 25, 2018 and the Court, having considered said Application and it appearing therefrom that said attorneys represent no interest adverse to the Trustee or to any creditor, that this employment would be in the best interests of the estate, and that the Trustee herein will require the services of attorneys generally in the performance of the Trustee's duties, now finds that said Application should be approved. Accordingly, it is

ORDERED that the Application of the Trustee be, and hereby is, granted and that said

Trustee be, and hereby is, authorized to employ the law firm of Mattingly Burke Cohen & Biederman LLP in Indianapolis, Indiana, as attorneys to act generally in all matters pertaining to the performance of the Trustee's duties, effective as of June 25, 2018. The compensation of said attorneys is hereinafter fixed and will be paid as part of the costs of administration herein, in accordance with the provisions of the Bankruptcy Code, all fees subject to final approval of the Court.

###