# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

**Debtor:** S&S STEEL SERVICES, INC.
**Case Number:** 15-07401-JJG-7A     **Chapter:** 7
**Date / Time / Room:** WEDNESDAY, AUGUST 01, 2018 10:00 AM   IP 311
**Bankruptcy Judge:** JEFFREY J. GRAHAM
**Courtroom Clerk:** HEATHER HEISER-DAVIS
**Reporter / ECR:** HEATHER HEISER-DAVIS

### Matters:

1) Continued Hearing on Creditor's Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Z&S Sharp Real Estate, Inc. in the amount of $55,000.00 with Objections by Trustee and Wells Fargo Bank, and Nahum Enterprises, LLC Sas, LLP, Z&S Sharp Real Estate, Inc Response thereto  [499,521][559,562]
   **R / M #:**   0 / 0

2) Continued Hearing on Creditor's Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Nahum Enterprises, LLC in the amount of $54,984.60 with Objections filed by Trustee and Wells Fargo Bank and Sas, LLP 's Response in Opposition thereto   [500,523][560,563]
   **R / M #:**   0 / 0

3) Continued Hearing on Creditor's Application for Payment of Administrative Expenses Pursuant to Sec. 503 for SAS, LLP in the amount of $72,510.90 with Objections filed by Trustee and Wells Fargo Bank and Nahum Enterprises, LLC, Sas, LLP, Z&S Sharp Real Estate, Inc's Response in Opposition thereto [501,525][561,564]
   **R / M #:**   0 / 0

4) Continued Hearing on Trustee's Objection to Claim # 85 for Nahum Enterprises, LLC and Creditor's Response thereto [522,539]
   **R / M #:**   0 / 0

5) Continued Hearing on Trustee's Objection to Claim # 84 for Z&S Sharp Real Estate, Inc and Creditor's Response thereto [520,540]
   **R / M #:**   0 / 0

6) Continued Hearing on Trustee's Objection to Claim # 86 for SAS, LLP and Creditor's Response thereto [524,541]
   **R / M #:**   0 / 0

### Appearances:

Sarah Fowler, Attorney for RANDALL L. WOODRUFF, TRUSTEE

### Proceedings:

(1-6) Disposition: Hearing held. Parties request matter be reset.  Court continues matter to 9/12/18 at 10:00 am; (Notice given in court and no further notice will be issued)

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**