UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| S&S STEEL SERVICES, INC., | ) | Case No. 15-07401-JJG-7A |
| | ) | |
| Debtor. | ) | |

**REPLY OF WELLS FARGO BANK, NATIONAL ASSOCIATION TO THE SHARP PARTIES' LIMITED OBJECTION TO FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**(Doc. Nos. 607 and 608)**

Wells Fargo Bank, National Association ("Wells Fargo") files its reply to the *Limited Objections to Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses* (the "Limited Objections") filed by Barry Sharp, Sheree Sharp, Zachary Sharp, Shannon Sharp, SAS LLP, Z&S Sharp Real Estate, Inc., Nahum Enterprises, LLC, and Lead Dog Transport, LLC (the "Sharp Parties"). Wells Fargo states as follows:

1. Pursuant to Section 507(b) of the Bankruptcy Code, Wells Fargo has an allowed, superpriority administrative expense claim in the amount of $1,066,283.00 (the "Allowed 507(b) Claim") against the Debtor's estate.

2. The Allowed 507(b) Claim has priority over all other administrative expenses of the kind specified in Sections 503(b) or 507(b) of the Bankruptcy Code and all other expenses and claims ("superpriority"), except Wells Fargo, by stipulation, agreed that its Allowed 507(b) Claim would have such superpriority only with respect to 50% of the Avoidance Action Recoveries (as such term is defined in the Fifth Interim Order) of each dollar of Avoidance Action Recoveries as and when they are received and would not have superpriority with respect to the remaining 50% of Avoidance Action Recoveries. *See Fifth Interim Order Granting*

*Debtor's First Day Motion for Authorization to Use Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to Prepetition Secured Lender Pursuant to 11 U.S.C. § 361* (the "<u>Fifth Interim Order</u>"); *see also Stipulation and Agreed Entry Allowing Administrative Expense Claim of Wells Fargo Bank, National Association* [Doc. No. 268] (reflecting agreement of Wells Fargo and the chapter 7 trustee in the above-captioned case that the Allowed 507(b) Claim is subordinate only to the chapter 7 administrative expenses incurred by the Trustee on or after January 21, 2016).

3. To the extent the Limited Objections seek to recharacterize or define the scope or priority of the Allowed 507(b) Claim, Wells Fargo objects to such recharacterization. Wells Fargo reserves all of its rights and interests in the Allowed 507(b) Claim, including the scope and priority of such claim.

        Respectfully submitted,

        FAEGRE BAKER DANIELS LLP

        /s/ Kayla D. Britton

Jay Jaffe (#5037-98)      *Counsel for Wells Fargo Bank, National*
Kayla D. Britton (#29177-06)      *Association*
Faegre Baker Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
jay.jaffe@faegrebd.com
kayla.britton@faegrebd.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2018, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Neal Anthony Brackett on behalf of Defendant Wellington Steel Supply Inc.
nbrackett@btlaw.com

Kayla D. Britton on behalf of Creditor Wells Fargo Bank, National Association
kayla.britton@faegrebd.com ; rachel.jenkins@faegrebd.com

Henry A. Erosion on behalf of Creditor Committee Unsecured Creditor Committee
henry.efroymson@icemiller.com

Sarah Lynn Fowler on behalf of Creditor Committee Unsecured Creditor Committee
Sarah.Fowler@icemiller.com , Kathy.chulchian@icemiller.com

Sarah Lynn Fowler on behalf of Defendant Russel Metals, Inc.
Sarah.Fowler@icemiller.com , Kathy.chulchian@icemiller.com

Sarah Lynn Fowler on behalf of Other Professional Calderone Advisory Group, LLC
Sarah.Fowler@icemiller.com , Kathy.chulchian@icemiller.com

Sarah Lynn Fowler on behalf of Plaintiff Randall L Woodruff
Sarah.Fowler@icemiller.com , Kathy.chulchian@icemiller.com

Sarah Lynn Fowler on behalf of Trustee Randall L. Woodruff
Sarah.Fowler@icemiller.com , Kathy.chulchian@icemiller.com

Terry M. Giebelstein on behalf of Defendant State Steel Supply Co.
tgiebelstein@l-wlaw.com , kwymore@l-wlaw.com

Barry David Goloboff on behalf of Defendant Mid-West Materials, Inc.
bgoloboff@sbcglobal.net

Jeffrey M. Hester on behalf of Defendant Morales Group, Inc.
jhester@hbkfirm.com , mhetser@hbkfirm.com

Julie L Hieatt on behalf of Creditor Lawler Trucking, Inc.
attorney9116@gmail.com , jameskendrasue@gmail.com

Michael W. Hile on behalf of Creditor Barry Sharp
mhile@jacobsonhile.com , assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Lead Dog Transport LLC
mhile@jacobsonhile.com , assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Nahum Enterprises LLC
mhile@jacobsonhile.com , assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant SAS Llp
mhile@jacobsonhile.com , assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Z&S Sharp Real Estate Inc.
mhile@jacobsonhile.com , assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Barry Sharp
mhile@jacobsonhile.com , assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Shannon Sharp
mhile@jacobsonhile.com , assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Sheree Sharp
mhile@jacobsonhile.com , assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Zachary Sharp
mhile@jacobsonhile.com , assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Creditor Nahum Enterprises, LLC
cjacobson@jacobsonhile.com , assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Creditor Sas, LLP
cjacobson@jacobsonhile.com , assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Creditor Z&S Sharp Real Estate, Inc.
cjacobson@jacobsonhile.com , assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Creditor Barry Sharp
cjacobson@jacobsonhile.com , assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Lead Dog Transport LLC
cjacobson@jacobsonhile.com , assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Nahum Enterprises LLC
cjacobson@jacobsonhile.com , assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant SAS Llp
cjacobson@jacobsonhile.com , assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Z&S Sharp Real Estate Inc.
cjacobson@jacobsonhile.com , assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Barry Sharp
cjacobson@jacobsonhile.com , assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Shannon Sharp
cjacobson@jacobsonhile.com , assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Sheree Sharp
cjacobson@jacobsonhile.com , assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Zachary Sharp
cjacobson@jacobsonhile.com , assistant@jacobsonhile.com

Jay Jaffe on behalf of Creditor Wells Fargo Bank, National Association
jay.jaffe@faegrebd.com , rachel.jenkins@faegrebd.com

Dana S Katz on behalf of Plaintiff Randall L Woodruff
dkatz@foxrothschild.com

Dana S Katz on behalf of Trustee Randall L. Woodruff
dkatz@foxrothschild.com

Beth Kramer on behalf of U.S. Trustee U.S. Trustee
beth.kramer@usdoj.gov

John B. LaRue on behalf of Defendant Lew Thornburg
bankruptcy@johnblarue.com , jblbankruptcy@gmail.com ; r40321@notify.bestcase.com

Paul J Labov on behalf of Creditor Committee Unsecured Creditor Committee
plabov@foxrothschild.com

John Hubbs Lewis on behalf of Defendant Timberlea Steel Inc.
lewis@lewisandwilkins.com

Jason C. Manfrey on behalf of Creditor Committee Unsecured Creditor Committee
jmanfrey@foxrothschild.com

Michael G Menkowitz on behalf of Creditor Committee Unsecured Creditor Committee
mmenkowitz@foxrothschild.com

Michael G Menkowitz on behalf of Plaintiff Randall L Woodruff
mmenkowitz@foxrothschild.com

James P Moloy on behalf of Plaintiff Randall L. Woodruff

jmoloy@boselaw.com , dlingenfelter@boselaw.com ; mwakefield@boselaw.com

James P Moloy on behalf of Trustee Randall L. Woodruff
jmoloy@boselaw.com , dlingenfelter@boselaw.com ; mwakefield@boselaw.com

Whitney L Mosby on behalf of Defendant CMI Logistics LLC
wmosby@bgdlegal.com , floyd@bgdlegal.com ; smays@bgdlegal.com

Gregory Ostendorf on behalf of Creditor Viking Materials, Inc.
gostendorf@scopelitis.com , agregory@scopelitis.com

Mark R. Owens on behalf of Creditor Mill Steel Company
mowens@btlaw.com , mark.owens@btlaw.com ; bankruptcyindy@btlaw.com

Mark R. Owens on behalf of Defendant The Mill Steel Co.
mowens@btlaw.com , mark.owens@btlaw.com ; bankruptcyindy@btlaw.com

John Thomas Piggins on behalf of Creditor West Walker Steel Company
pigginsj@millerjohnson.com , ecfpigginsj@millerjohnson.com

Wendy W Ponader on behalf of Creditor Wells Fargo Bank, National Association
wendy.ponader@faegrebd.com

Wesley N Steury on behalf of Defendant Paragon Steel Enterprises, LLC
steury@burtblee.com

Jonathan David Sundheimer on behalf of Defendant The Mill Steel Co.
jsundheimer@btlaw.com

Jonathan David Sundheimer on behalf of Defendant Wellington Steel Supply Inc.
jsundheimer@btlaw.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Elizabeth C Viele on behalf of Plaintiff Randall L Woodruff
eviele@foxrothschild.com

Elizabeth C Viele on behalf of Trustee Randall L. Woodruff
eviele@foxrothschild.com

Randall L. Woodruff
rlwtrustee@comcast.net, rlw@trustesolutions.net

Randall L. Woodruff on behalf of Trustee Randall L. Woodruff
rlwtrustee@comcast.net , rlw@trustesolutions.net

James T Young on behalf of Defendant Discount Metal Inc.
james@rubin-levin.net , lking@rubin-levin.net ; atty_young@bluestylus.com

/s/ *Susan Carlson*
Susan Carlson
Faegre Baker Daniels LLP
90 South 7th St, Suite 2200
Minneapolis, Minnesota 55402
612-766-6911
susan.carlson@faegrebd.com