SO ORDERED: September 14, 2018.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 15-07401-JJG |
| S&S STEEL SERVICES, INC. | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**ORDER APPROVING APPLICATION OF ICE MILLER LLP FOR FINAL ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE CHAPTER 7 TRUSTEE (DOC. NO. 583)**

This matter is before the Court on the *Final Application of Ice Miller LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee* (Doc. No. 583) (the "Application") filed by Ice Miller LLP (the "Applicant"). Applicant seeks final allowance and payment of compensation and reimbursement of expenses as general counsel for Randall Woodruff, Chapter 7 Trustee for the Bankruptcy Estate of S&S Steel Services, Inc. (the "Trustee"). On August 15, 2018, creditors and parties in interest Barry Sharp, Sheree Sharp, Zachary Sharp, Shannon Sharp, SAS LLP, Z&S Sharp Real Estate, Inc., Nahum Enterprises, LLC and Lead Dog Transport, LLC (collectively, the "Sharp Parties") filed their

*Limited Objection to Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses* (Doc. No. 608) (the "Limited Objection"). Wells Fargo Bank, National Association ("Wells Fargo") filed the *Reply of Wells Fargo Bank, National Association to the Sharp Parties' Limited Objection to Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses* (Doc. No. 612) (the "Reply"). The Court, having reviewed the Application, the Limited Objection, and the Reply, having been advised that the Applicant, the Trustee, the Sharp Parties, and Wells Fargo agree on entry of this Order as set forth herein, and finding that the Application takes into account the factors set forth in 11 U.S.C. § 330(a)(3), now finds that the Application should be and hereby is GRANTED as follows:

IT IS ORDERED that Applicant's request for compensation for attorney fees as counsel to the Trustee is allowed in the amount of $24,910.00[1] (the "Fees") on a final basis pursuant to 11 U.S.C. § 330(a) and Rule 2016 of the Federal Rules of Bankruptcy Procedure, such fees representing compensation for actual and necessary services rendered by Applicant to the Trustee.

It is further ORDERED that the Trustee shall pay to the Applicant the Fees provided however that payment of the Fees to Applicant shall be subject to disgorgement in the event that the estate has insufficient funds to pay all Chapter 7 administrative claims and expenses in accordance with the Bankruptcy Code.

It is further ORDERED that entry of this Order does not in any way impair or affect the validity and priority of the allowed administrative expense claim of Wells Fargo under the terms set forth in the Fifth Interim Order Granting Debtor's First Day Motion for Authorization to Use Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Adequate Protection to Prepetition Secured Lender Pursuant to 11 U.S.C. § 361 (Doc. No. 148) and the Stipulation and Agreed

---

[1] This includes a voluntary reduction of $368.00 pursuant to an agreement with the United States Trustee.

Entry Allowing Administrative Expense Claim of Wells Fargo Bank, National Association (Doc. No. 268), the validity, priority, and allowance of which are expressly preserved.

###