| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 15-07401-JJG-7A<br>Southern District of Indiana<br>Indianapolis<br>Tue Apr  2 14:10:45 EDT 2019 | 5K Express<br>404 S. CR 950 E.<br>Peru, IN 46970-9367 | AAAction Transportation, Inc.<br>P.O. Box 919<br>Portage, IN 46368-0919 |
| AT&T<br>P.O. Box 5080<br>Carol Stream, IL 60197-5080 | AWL Transport, Inc.<br>Transportation Alliance Bank<br>P.O. Box 150290<br>Ogden, UT 84415-0290 | Accurate Cutting Technologies<br>1111 Country Club Road<br>Indianapolis, IN 46234-1816 |
| Ace Steel LLC<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117-5173 | Allegheny Steel Dist., Inc.<br>900 Route 910<br>Indianola, PA 15051-1012 | Alliance Steel LLC<br>24342 Network Place<br>Chicago, IL 60673-1243 |
| Allied Equipment Service Corp.<br>P.O. Box 2489<br>Indianapolis, IN 46206-2489 | Allied Steel Industries<br>33 Rock Hill Road, Suite 100<br>Bala Cynwyd, PA 19004-2047 | Allied Steel Industries, LP<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 |
| Alro Steel Corp<br>24876 Network Place<br>Chicago, IL 60673-1248 | Alto Steel Co. Inc.<br>2828 Kraft SE, Suite 252<br>Grand Rapids, MI 49512-7702 | Alto Steel Co., Inc.<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 |
| American Wire Rope and Sling<br>ECP American Steel, LLC<br>3122 Engle Road<br>Fort Wayne, IN 46809-1110 | Ameristeel, Inc.<br>33900 Doreka Drive<br>Fraser, MI 48026-1611 | Anchor Steel, LLC<br>Eric Kaminoff, President<br>829 N Bethlehem Pike<br>Spring House, PA 19477 |
| Anchor Steel, LLC<br>Euler Hermes North America Insurance Com<br>Agent of Anchor Steel, LLC<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117-5190 | Anchor Steel, LLC<br>P.O. Box 989<br>Spring House, PA 19477-0989 | Anderson City Utilities<br>P.O. Box 2100<br>Anderson, IN 46018-2100 |
| ArcelorMittal USA<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 | Arcelormittal USA Inc.<br>25465 Network Place<br>Chicago, IL 60673-1254 | Ari Logistics, LLC<br>204 20th Street North<br>Birmingham, AL 35203-3610 |
| Asbury Trucking<br>P.O. Box 601<br>Greensburg, IN 47240-0601 | Ashley Logistics Inc.<br>P.O. Box 69<br>Ashley, IN 46705-0069 | Ashley Transport, Inc.<br>P.O. Box 10<br>Ashley, IN 46705-0010 |
| Associated Steel Trading LLC<br>12187 E Cortez Drive<br>Scottsdale, AZ 85259-3324 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | Aurora Metals<br>48733 Hidden Oaks<br>Utica, MI 48317-2627 |

| | | |
|---|---|---|
| Automotive West Inc.<br>3816 West Kilgore<br>Muncie, IN 47304-4811 | BCC Steel, Inc<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117-5173 | BGS Air<br>4551 E. C.R. 200 North<br>Anderson, IN 46011 |
| BKG Freight Services, Inc.<br>P.O. Box 2155<br>Mansfield, TX 76063-0020 | Barnes Thornburg, LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204-3535 | Barry G. Sharp<br>4551 E. CR 200 N.<br>Anderson, IN 46012 |
| Barry Sharp<br>c/o Deborah J. Caruso/Meredith R. Theise<br>Rubin & Levin, P.C.<br>135 N. Pennsylvania Street, Suite 1400<br>Indianapolis, IN 46204-2489 | Baxter Pest Professionals<br>2130 N. Dr. MKL Jr. Blvd<br>Muncie, IN 47303-5108 | Berg Steel Corp<br>4306 Normandy Ct<br>Royal Oak, MI 48073-2265 |
| Best Way Disposal<br>P.O. Box 421669<br>Indianapolis, IN 46242-1669 | Block Steel Corporation<br>6101 W Oakton<br>Skokie, IL 60077-2678 | Blue Fin Steel Corp.<br>36 Toronto St.<br>Suite 850<br>Toronto, ON |
| Bose McKinney & Evans LLP<br>111 Monument Circle, Ste 2700<br>Indianapolis, IN 46204-5120 | (c)BOWDEN AUTO SERVICE<br>1710 N DR MARTIN LUTHER KING JR BLVD<br>MUNCIE IN  47303-5093 | Boyd Bros. Transportation, Inc.<br>Dept. 1531<br>P.O. Box 11407<br>Birmingham, AL 35246-1531 |
| Kayla D. Britton<br>Faegre Baker Daniels LLP<br>600 E. 96th Street, Suite 600<br>Indianapolis, IN 46240-3789 | Broadway Press<br>2112 Broadway<br>Anderson, IN 46012-1605 | Buckeye Metals Industries<br>3238 E 82nd Street<br>Cleveland, OH 44104-4338 |
| Burris Computer Forms<br>Diane Hollins<br>P.O. Box 21502<br>Roanoke, VA 24018-0152 | C H Robinson Wordwide, Inc<br>P.O. Box 9121<br>Minneapolis, MN 55480-9121 | C.H. Robinson Worldwide Inc.<br>14701 Charlson Road<br>Eden Prairie, MN 55347-5076 |
| CJM Financial Inc<br>P.O. Box 727<br>Ankeny, IA 50021-0727 | CMI Logistics LLC<br>11536 W. 183rd Street, Unit SE<br>Orland Park, IL 60467-9495 | CSS Sales LLC<br>1562 Prosperity Rd<br>Toledo, OH 43612-2924 |
| Calderone Advisory Group<br>255 S. Old Woodward Ave.<br>Suite 305<br>Birmingham, MI 48009-6185 | John Cannizzaro<br>Ice Miller LLP<br>250 West Street<br>Columbus, OH 43215-7509 | Cardwell & Noe Trucking, LLC<br>P.O. Box 116<br>Novelty, MO 63460-0116 |
| Cargill Inc<br>Cargill Steel & Wire<br>P.O. Box 98220<br>Chicago, IL 60693-8220 | Cargill Incorporated<br>21 Waterway Ave, Ste 525<br>The Woodlands, TX 77380-3129 | Cassidy C Fritz<br>P.O. Box 1505<br>Elkhart, IN 46515-1505 |

| | | |
|---|---|---|
| Champion Hydraulics, Inc.<br>P.O. Box 0713<br>Brownsburg, IN 46112-0713 | Chicago Steel (IN), LLC<br>700 Chase Street<br>Gary, IN 46404-1246 | Cincinnati Inc<br>P.O. Box 44719<br>Madison, WI 53744-4719 |
| Circle W Trucking Inc<br>300 East Mason Street<br>Center, MO 63436-1319 | Coilplus Ohio Division of Coilplus, Inc<br>Coilplus Ohio<br>4801 Gateway Blvd<br>Springfield, OH 45502-8866 | Coilplus Ohio Inc<br>Dept CH 17396<br>Palatine, IL 60055-7396 |
| Coilplus-North Carolina, Inc.<br>Division of Coilplus<br>P.O. Box 122574<br>Dallas, TX 75312-2574 | Colorado Metals<br>P.O. Box 643452<br>Cincinnati, OH 45264-3452 | Colorado Metals, LLC<br>Euler Hermes North America Insurance Co.<br>800 Red Brook Blvd<br>Owings Mills, MD 21117-5173 |
| Comcast<br>P.O. Box 3005<br>Southeastern, PA 19398-3005 | Commerce Steel Corp.<br>2900 Union Lake Road<br>Commerce Township, MI 48382-3526 | Commerce Steel Corp.<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 |
| Con Way Transportation<br>P.O. Box 5160<br>Portland, OR 97208-5160 | Con-Way Freight<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 361345<br>Columbus, OH 43236-1345 | Concord Trading<br>147 Ashbridge Circle<br>Toronto, ON |
| Continental Inc<br>1524 Jackson Street<br>Anderson, IN 46016-1621 | Continental Professional Services<br>1524 Jackson St.<br>Anderson, IN 46016-1621 | Countrywide Transportation Inc<br>P.O. Box 2<br>Western Springs, IL 60558-0002 |
| Crystal Springs Trucking, Inc.<br>P.O. Box 526<br>Goshen, IN 46527-0526 | Cumberland Valley Express LLC<br>P.O. Box 5376<br>Frankfort, KY 40602-5376 | David Voigt Trucking Inc<br>N5989 State Hwy 107<br>Tomahawk, WI 54487-9784 |
| Davis Brothers Inc<br>P.O. Box 289<br>Elkhart, IL 62634-0289 | Davis Buildings Inc.<br>300 Southwest A St.<br>Stigler, OK 74462-2314 | Delaware Steel Company<br>535-102 Pennsylvania Avene<br>Fort Washington, PA 19034-3305 |
| Delaware Steel Company<br>Attn: Lisa Goldenberg, President<br>535-102 Pennsylvania Avene<br>Fort Washington, PA 19034-3305 | Delaware Steel of Pennsylvania LLC<br>Euler Hermes North America Ins Co<br>Agent of Delaware Steel of Pennsylvania<br>800 Red Brook Blvd<br>Owings Mills, MD 21117-5190 | Delta Transportation, Inc.<br>P.O. Box 81<br>Wasco, IL 60183-0081 |
| Detroit Steel Processing Inc<br>P.O. Box 28159<br>Detroit, MI 48228-0159 | Direct Connect Logistix<br>212 W 10th Street<br>Suite D-405<br>Indianapolis, IN 46202-5682 | Doral Steel<br>Dept. 78700<br>P.O. Box 7800<br>Detroit, MI 48278-0001 |

| | | |
|---|---|---|
| Doral Steel, a division of Samuel, Son &<br>1111 West Long Lake Road<br>Suite 202<br>Troy, MI 48098-6333 | EFreightship, LLC<br>P.O. Box 26641<br>Overland Park, KS 66225-6641 | Eagle Steel Corp<br>1320 Medinah St<br>Bensenville, IL 60106-1728 |
| Eastern Express, Inc.<br>P.O. Box 74124<br>Cleveland, OH 44194-4124 | Echo Global Logistics<br>22168 Network Place<br>Chicago, IL 60673-1221 | Element Materials Technology<br>Wixom Inc<br>15402 Collection Center Dr.<br>Chicago, IL 60693-0001 |
| Ergonomic Consultants of Indiana, Inc.<br>11595 N. Meridian St., Ste 140<br>Carmel, IN 46032-4544 | Esmark Steel Group-Midwest LLC<br>2500 Euclid Ave<br>Chicago Heights, IL 60411-4019 | Euler Hermes North America Ins Co<br>Manufactures Metals, INC<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117-5190 |
| Express Transport<br>P.O. Box 3758<br>Central Point, OR 97502-0033 | Farwick Scale Co<br>2406 West 38th Street<br>Anderson, IN 46013-2002 | Fastenal Company<br>P.O. Box 1286<br>Winona, MN 55987-7286 |
| FedEx<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | FedEx Freight<br>Dept CH<br>P.O. Box 10306<br>Palatine, IL 60055-0306 | FedEx Freight Inc<br>P.O. Box 840<br>Harrison, AR 72602-0840 |
| FedEx Tech Connect, Inc.<br>As Assignee of Fed Ex Corp/Fed Ex Ground<br>Attn Revenue Recovery<br>3965 Airways Blvd. Module G, 3rd Floor<br>Memphis, TN 38116-5017 | First National Bank<br>P.O. Box 2818<br>Omaha, NE 68103-2818 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197-0002 |
| First Option Brokerage, Inc.<br>P.O. Box 68<br>Marion, IN 46952-0068 | Fisher Scientific<br>Attn: Gary Barnes<br>300 Industry Dr.<br>Pittsburg, PA 15275-1001 | (p)FOCUS MANAGEMENT GROUP<br>ATTN MICHAEL DOLAND<br>5001 WEST LEMON ST<br>TAMPA FL 33609-1103 |
| Sarah Lynn Fowler<br>Mattingly Burke Cohen & Biederman LLP<br>155 E. Market St.<br>Suite 400<br>Indianpolis, IN 46204-3217 | Fox Rothschild LLP<br>2000 Market St.<br>20th Floor<br>Philadelphia, PA 19103-3222 | Fraley & Schilling Inc<br>1920 South State Road 3<br>Rushville, IN 46173-8516 |
| Freight Management, Inc.<br>739 North Ave<br>Glendale Heights, IL 60139-3550 | Frontier Airlines<br>Business Card Services<br>P.O. Box 23066<br>Columbus, GA 31902-3066 | Gerber Metal Supply Co.<br>2 Boundary Road<br>Somerville, NJ 08876-6038 |
| Glen L. Sharp<br>c/o Deborah J. Caruso/Meredith R. Theise<br>Rubin & Levin, P.C.<br>135 N. Pennsylvania Street, Suite 1400<br>Indianapolis, IN 46204-2489 | Glenn Sharp<br>c/o Kim Benjamin<br>2018 Heather Rd.<br>Anderson, IN 46012-9476 | Global Tranz Enterprises, Inc<br>P.O. Box 203285<br>Dallas, TX 75320-3285 |

| | | |
|---|---|---|
| Grand Steel Products Inc<br>51100 Pontiac Trail<br>Wixom, MI 48393-2041 | Grand Steel Products, Inc.<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 | Great American Insurance<br>3561 Solutions Center<br>Chicago, IL 60677-3005 |
| Greenpoint Metals<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 | Greenpoint Metals, Inc.<br>P.O. Box 932717<br>Cleveland, OH 44193-0015 | H & H Commercial Heat<br>P.O. Box 948<br>Muncie, IN 47308-0948 |
| H & H Rebuilding Company<br>2400 S Mock Ave<br>Muncie, IN 47302-4525 | HR Direct<br>P.O. Box 451179<br>Fort Lauderdale, FL 33345-1179 | Harvard Steel Sales, LLC<br>P.O. Box 75651<br>Cleveland, OH 44101-4201 |
| Hascall Steel Company<br>4165 Spartan Ind Dr. SW<br>Grandville, MI 49418-2553 | Heidtman Steel Products Inc<br>21895 Network Place<br>Chicago, IL 60673-1218 | Henderson Inc<br>HCR 2 Box 5980<br>Greenville, MO 63944-9516 |
| Julie L Hieatt<br>Davidson Law, LLC<br>2206 South Park Avenue<br>Suite 1<br>Alexandria, IN 46001-8059 | Michael W. Hile<br>Jacobson Hile, LLC<br>One Indiana Square, Suite 1600<br>Indianapolis, IN 46204-2005 | I M Steel<br>P.O. Box 88498<br>Chicago, IL 60680-1498 |
| I.C.C.I.<br>2090 Commerce Drive<br>Medford, OR 97504-9744 | I/N Kote<br>15927 Collections Center Drive<br>Chicago, IL 60693-0001 | Ice Miller LLP<br>c/o Sarah Fowler<br>One American Square, Suite 2900<br>Indianapolis, IN 46282-0019 |
| Impact Steel Inc.<br>18654 Wood St.<br>Melvindale, MI 48122-1476 | Impact Steel Inc.<br>Attn: Judy Moriartey, Office Manager<br>1551 Academy Avenue<br>Ferndale, MI 48220-2001 | Indiana Media Group<br>Div. of Newspapers Holdings, Inc.<br>P.O. Box 1090<br>Anderson, IN 46015-1090 |
| Indiana Wiping Cloth Inc<br>1415 Lincolnway West, Suite H<br>Osceola, IN 46561-2061 | Industrial Steel & Fastener Corp.<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 | Industrial Steel/Fastener<br>167 Old Belmont Ave<br>P.O. Box 404<br>Bala Cynwyd, PA 19004-0404 |
| Innovative Steel Group Inc<br>85 Morrell Street<br>Brantford, ON | Insight Worldwide Inc.<br>P.O. Box 4108<br>Salem, OR 97302-8108 | Integrity Express Logistics<br>62488 Collections Center Dr<br>Chicago, IL 60693-0001 |
| Integrity Transportation Group<br>7852 Ben D Smith Rd.<br>Silsbee, TX 77656-7075 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | J & E Tire Center, Inc<br>4835 South Harding St.<br>Indianapolis, IN 46217-9560 |

```
J & F Distributing Co., Inc.          J D Factors LLC                      (c)J P TRANSPORTATION CO., INC.
3070 Lafayette Road                   P.O. Box 687                         PO BOX 42066
P.O. Box 22368                        Wheaton, IL 60187-0687               MIDDLETOWN OH  45042-0066
Indianapolis, IN 46222-0368


J.W. Trucking                         JDM Freight Brokers LLC              JM Steel Corp.
Div. of Waechter, LLC                 24807 S Cherokee Street              P.O. Box 640339
P.O. Box 2123                         Flat Rock, MI 48134-1791             Pittsburgh, PA 15264-0339
Emporia, KS 66801-2123


JRC Transportation, Inc               JTSC                                 Christine K Jacobson
P.O. Box 15101                        8301 W Eucalyptus Ave                Jacobson Hile Kight LLC
Newark, NJ 07192-5101                 Muncie, IN 47304-9379                108 E. 9th Street
                                                                           The Elliott House
                                                                           Indianapolis, IN 46202-3302


Jade Metals Copr                      Jay Jaffe                            Jericho Steel Sales Corp
900 Route 910                         Faegre Baker Daniels LLP             P.O. Box 458
Indianola, PA 15051-1012              600 East 96th Street, Suite 600      Allen Park, MI 48101-0458
                                      Indianapolis, IN 46240-3789


Jerry Tools, Inc                      K & M Transport LLC                  KLB Steel
6200 Vine St.                         526 Railroad Blvd                    P.O. Box 8729
Cincinnati, OH 45216-2199             Buena, NJ 08310-1512                 Cincinnati, OH 45208-0729


KLB Steel LLC                         Kaplan Trucking Company              Dana S Katz
Euler Hermes North America Ins Co     P.O. Box 92618                       Fox Rothschild LLP
Agent of KLB Steel LLC                Cleveland, OH 44190-2618             2000 Market Street - Twentieth Floor
800 Red Brook Blvd                                                         Philadelphia, PA 19103-3294
Owings Mills, MD 21117-5190


King City Steel                       Kirby Risk Electrical Supply         Beth Kramer
Coface North America Ins Co           27561 Network Place                  Office of U.S. Trustee
50 Millstone Rd, Bldg. 100, Ste 360   Chicago, IL 60673-1275               101 W Ohio St Ste 1000
East Windsor, NJ 08520-1415                                                Indianapolis, IN 46204-1982


Kroger, Gardis & Regas, LLP           LH Trucking LLC                      Paul J Labov
111 Monument Circle                   5467 E. US 40                        Fox Rothschild LLP
Suite 900                             Greenfield, IN 46140-8360            100 Park Avenue
Indianapolis, IN 46204-5125                                                15th Floor
                                                                           New York, NY 10017-5551


Landstar Ranger                       Landstar Ranger Inc                  Lawler Trucking Inc
Attn: Dawn Bowers                     P.O. Box 784293                      1833 E 1100 North
13410 Sutton Park Drive South         Philadelphia, PA 19178-4293          Alexandria, IN 46001-9042
Jacksonville, FL 32224-5270


Lawler Trucking, Inc.                 Lead Dog Transport LLC               Lead Dog Transport, LLC
1833 East 1100 North                  P.O. Box 104                         Attn: Shannon Sharp
Alexandria, IN 46001-9042             Anderson, IN 46017-0104              4551 East County Road 200 North
                                                                           Anderson, IN 46012
```

| | | |
|---|---|---|
| Lee Steel Corp.<br>45525 Grand River Avenue<br>Novi, MI 48374-1308 | Lew Thornburg<br>10899 W Co. Rd. N<br>Parker City, IN 47368 | Lindsay Farms LLC<br>1005 West 300 South<br>Lebanon, IN 46052-8446 |
| Loeffel Steel Products<br>P.O. Box 716<br>Bedford Park, IL 60499-0716 | Loggins Logistics, Inc<br>c/o Citizens Bank<br>5706 Commerce Square<br>Jonesboro, AR 72401-9631 | (p)LOGISTIC DYNAMICS INC<br>155 PINEVIEW DR<br>AMHERST NY 14228-2231 |
| Lowe's Home Centers, Inc<br>P.O. Box 530954<br>Atlanta, GA 30353-0954 | M & A Transport, Inc<br>390 North Long Run Road<br>Avonmore, PA 15618-1174 | M J Miller Trucking Co<br>P.O. Box 219<br>Tiffin, OH 44883-0219 |
| MCI<br>P.O. Box 660206<br>Dallas, TX 75266-0206 | MSC Industrial Supply<br>75 Maxess Road<br>Melville, NY 11747-3151 | MSC Industrial Supply Co.<br>P.O. Box 382070<br>Pittsburgh, PA 15250-8070 |
| Magic Transportation<br>5757 Clay SW<br>Grand Rapids, MI 49548-5760 | Main Steel, LLC.<br>75 Remittance Drive<br>Dept 6750<br>Chicago, IL 60675-6750 | Mainline Metals Inc.<br>21 Bala Avenue<br>Bala Cynwyd, PA 19004-3203 |
| Mainline Metals Inc.<br>Euler Hermes North America Insurance Co<br>Agent of Mainline Metals, Inc.<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117-5190 | Jason C. Manfrey<br>Fox Rothschild LLP<br>2000 Market Street - Twentieth Floor<br>Philadelphia, PA 19103-3294 | Manufacturers Metals<br>P.O. Box 4430<br>Frisco, CO 80443-4430 |
| Marietta Financial Services, Inc.<br>4622 West 72nd Street,<br>Suite C<br>Indianapolis, IN 46268-2396 | McConnell Plumbing<br>5132 State Road 32 W<br>Anderson, IN 46011-1582 | McMaster-Carr<br>200 Industrial Parkway<br>Aurora, OH  44202 |
| McMaster-Carr Supply Co<br>P.O. Box 7690<br>Chicago, IL 60680-7690 | Medford Metals, LLC<br>13109 Chasewater Drive<br>Charlotte, NC 28277-3217 | Michael G Menkowitz<br>Fox Rothschild LLP<br>2000 Market Street - Twentieth Floor<br>Philadelphia, PA 19103-3294 |
| Miami Valley Steel<br>201 Fox Dr.<br>Piqua, OH 45356-9265 | Micro Air Inc<br>6320 La Pas Trail<br>Indianapolis, IN 46268-2511 | Mill Steel Company<br>c/o Mark Owens<br>Barnes & Thornburg<br>11 S. Meridian St.<br>Indianapolis, IN 46204-3535 |
| Mill Steel Company<br>Coface North America Insur Co<br>50 Millstone Rd, Bldg 100, Ste 360<br>East Windsor, NJ 08520-1415 | Mill Steel Company<br>Dept 77484<br>P.O. Box 7700<br>Detroit, MI 48277-0001 | Miller Huggins Inc<br>1212 Meridian Street<br>Anderson, IN 46016-1715 |

| | | |
|---|---|---|
| MoFab<br>1415 Fairview St.<br>Anderson, IN 46016-3524 | Modern Data Productions Inc.<br>22122 Sherman Way<br>Suite 209<br>Canoga Park, CA 91303-1138 | Modern MFG Co Inc<br>680 Davisville Rd<br>Willow Grove, PA 19090-1586 |
| Modular Steel Storage, LLC<br>393 Mart St SW<br>Wyoming, MI 49548-1014 | James P Moloy<br>Bose McKinney & Evans LLP<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204-5120 | Morales Group Inc<br>5628 W. 74th Street<br>Indianapolis, IN 46278-1752 |
| Motion Industries<br>P.O. Box 1477<br>Birmingham, AL 35201-1477 | Motion Industries<br>P.O. Box 98412<br>Chicago, IL 60693-8412 | Municipal Light and Power<br>120 E. 8th St.<br>Anderson, IN 46016-1505 |
| Nahum Enterprises, LLC<br>c/o Jacobson Hile Kight LLC<br>Christine K. Jacobson<br>One Indiana Square, Suite 1600<br>211 N. Pennsylvania<br>Indianapolis, IN 46204 | Nahum Enterprises, LLC<br>4551 E. CR 200 N.<br>Anderson, IN 46012 | Nahum Enterprises, LLC<br>Attn: Barry G. Sharp<br>4551 E. C.R. 200 North<br>Anderson, IN 46012 |
| National Material Co<br>1965 Pratt Blvd<br>Elk Grove Village, IL 60007-6070 | National Metals Inc.<br>720 Montgomery Ave<br>Narberth, PA 19072-2035 | National Service Transport LLC<br>4265 45th Street, Suite 111-29<br>Fargo, ND 58104-4309 |
| Nelson Trucking Logistics<br>806 Lake Lebert Ct<br>Winter Haven, FL 33881-4361 | Network FOB Inc<br>6622 Southpoint Drive, Ste 210<br>Jacksonville, FL 32216-6188 | New Farmers Transportation<br>P.O. Box 1586<br>Knoxville, TN 37901-1586 |
| Nolan Transportation Group Inc<br>1517 Johnson Ferry Road, Suite 200<br>Marietta, GA 30062-6493 | (p)NOLAN TRANSPORTATION GROUP LLC<br>365 NORTHRIDGE ROAD<br>SUITE 100-B<br>ATLANTA GA 30350-6100 | Nordic Company<br>4390 Gibsonia Rd.<br>Gibsonia, PA 15044-5325 |
| Norrick Petroleum Products Inc<br>3919 E McGalliard Rd<br>Muncie, IN 47303-1500 | North Shore Metals Inc<br>P.O. Box 83013<br>Chicago, IL 60691-3010 | Nucor Castrip Arkansas<br>Moore & Van Allen PLLC, Attn: Hilla<br>100 N. Tryon St., Suite 4700<br>Charlotte, NC 28202-4003 |
| Ohio Transport Corp<br>P.O. Box 74022<br>Cleveland, OH 44194-0002 | Ohio-Kentucky Steel Corp<br>P.O. Box 44713<br>Middletown, OH 45044-0713 | Olympic Products<br>2825 N Arlington Ave<br>Indianapolis, IN 46218-3324 |
| Olympic Steel Detroit<br>Dept Ch 19129<br>Palatine, IL 60055-9129 | Olympic Steel Inc-Central<br>Dept Ch 17813<br>Palatine, IL 60055-7813 | Olympic Steel Inc.<br>Dept CH 16475<br>Palatine, IL 60055-0001 |

| | | |
|---|---|---|
| Olympic Steel Inc.<br>Francis J. Lawall Esq.,Pepper Hamilton<br>3000 Two Logan Square 18th and Arch St<br>Philadelphia, PA 19103 | OneSource Water<br>8585 Zionsville Rd.<br>Indianapolis, IN 46268-1511 | OneSource Water<br>P.O. Box 123<br>Suite E230<br>Indianapolis, IN 46206-0123 |
| Onesource Water<br>1060 N. Capital Ave.<br>Ste. E-230<br>Indianapolis, IN 46204-1092 | Gregory Ostendorf<br>10 West Market St Suite 1500<br>Indianapolis, IN 46204-2968 | Ostler Enterprises Inc<br>1624 West Armstrong Road<br>Frankfort, IN 46041-8272 |
| Weston Erick Overturf<br>Mattingly Burk Cohen & Biederman<br>155 East Market Street, Suite 400<br>Indianapolis, IN 46204-3217 | Mark R. Owens<br>Barnes & Thornburg, LLP<br>11 S Meridian St<br>Indianapolis, IN 46204-3535 | P.I.P.E. Inc.<br>1901 N. Sherman Drive<br>Indianapolis, In 46218-4440 |
| PLS Freight Solutions<br>Coface N. America Insurance Co.<br>50 Millstone Rd., Bldg. 100, Ste.360<br>East Windsor, NJ 08520-1415 | PLS Logistics Services<br>5119 Reliable Pkwy<br>Chicago, IL 60686-0051 | Pacesetter Steel<br>P.O. Box 100007<br>Kennesaw, GA 30156-9207 |
| Pacific Steel<br>2960 Hixon Road<br>Rochester, MI 48306-1228 | Pacific Steel<br>Euler Hermes North America Ins Co<br>Agent of Pacific Steel<br>800 Red Brook Blvd<br>Owings Mills, MD 21117-5190 | Packaging Systems of IN<br>3532 Crouch St.<br>Lafayette, IN 47905-4476 |
| Packard Logistics Inc<br>P.O. Box 340<br>Channahon, IL 60410-0340 | Paragon Steel Enterprises, LLC<br>Euler Hermes N America Ins Company<br>Agent of Paragon Steel Enterprises, LLC<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117-5190 | Partner Engineering & Science<br>2154 Torrance Blvd<br>Suite 200<br>Torrance, CA 90501-2609 |
| John Thomas Piggins<br>Miller Johnson<br>45 Ottawa Avenue, SW, Suite 1100<br>PO Box 306<br>Grand Rapids, MI 49501-0306 | Pioneer Steel Limited<br>1045 Matheson Blvd E<br>Mississauga, ON L4W 3P1<br>Canada | Pioneer Steel Limited<br>Euler Hermes North American Insurance Co<br>800 Red Brook Blvd<br>Owings Mills, MD 21117-5173 |
| Wendy W Ponader<br>Faegre Baker Daniels LLP<br>600 E. 96th Street, Suite 600<br>Indianapolis, IN 46240-3789 | Praxair Distribution Inc<br>Dept Ch 10660<br>Palatine, IL 60055-0660 | Precision Metalworks & Mech.<br>5515 N 100 W<br>Anderson, IN 46011-9285 |
| Precision Strip, Inc<br>P.O. Box 631508<br>Cincinnati, OH 45263-1508 | Premier Steel LLC<br>4897 Solution Center<br>Chicago, IL 60677-4008 | Premier Steel LLC<br>Euler Hermes N American Insurance Co<br>Agent of Premier Steel LLC<br>800 Red Brook Blvd<br>Owings Mills, MD 21117-5173 |
| Premium Steel Sale<br>23555 Euclid Avenue<br>Euclid, OH 44117-1703 | Premium Steel Sale<br>23555 Euclid Avenue<br>Suite 107<br>Euclid, OH 44117-1703 | Premium Steel Sales<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 |

| | | |
|---|---|---|
| Proam Logistics, LLC<br>4265 45th Street, Suite 111-29<br>Fargo, ND 58104-4309 | Procon Metals Inc<br>8031 E Market St., Suite 2<br>Warren, OH 44484-2200 | R & L Carriers, Inc<br>P.O. Box 10020<br>Port William, OH 45164-2000 |
| R Norris Company, Inc<br>P.O. Box 160<br>Dunreith, IN 47337-0160 | R&L Carriers<br>600 Gillam Road<br>Wilmington, OH 45177-9089 | R+L Truckload Services LLC<br>7290 College Parkway, Suite 200<br>Fort Myers, FL 33907-5649 |
| Ratner Steel Supply Co., Inc<br>MI 14<br>P.O. Box 9201<br>Minneapolis, MN 55480-9201 | Reber Machine & Tool Co<br>P.O. Box 2403<br>Muncie, IN 47307-0403 | Red D Freight Inc<br>P.O. Box 207<br>Ida, MI 48140-0207 |
| Ridge Napa<br>630 Avenue of Autos<br>Fort Wayne, IN 46804-1100 | Riverview Steel Co Ltd<br>8165 Anchor Dr<br>Windsor, ON | Royal Metal Industries, Inc.<br>1036 W. Ironwood<br>Olathe, KS 66061-5385 |
| S&S Steel Services, Inc.<br>444 East 29th Street<br>Anderson, IN 46016-5319 | SAS, LLP<br>4551 E. CR 200 N.<br>Anderson, IN 46012 | SAS, LLP<br>Attn: Barry G. Sharp<br>4551 E. CR 200 N.<br>Anderson, IN 46011 |
| SPEEDWAY LLC<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 | Samuel Steel Trading<br>P.O. Box 78000<br>Dept 78700<br>Detroit, MI 48278-0001 | Samuel Trading, a division Samuel, Son &<br>1111 West Long Lake Road<br>Suite 202<br>Troy, MI 48098-6333 |
| Samuel, Son & Co., Limited<br>P.O. Box 57476<br>Station A<br>Toronto, ON | Sas, LLP<br>c/o Jacobson Hile Kight LLC<br>Christine K. Jacobson<br>One Indiana Square, Suite 1600<br>211 N. Pennsylvania<br>Indianapolis, IN 46204 | Saturn Freight Systems Inc<br>1701 East Lake Ave, Ste 170<br>Glenview, IL 60025-2085 |
| Scott Odom Heating & Air Conditioning<br>5811 Teresa Drive<br>Alexandria, IN 46001-8635 | Service Crane Co<br>P.O. Box 1017<br>Shelbyville, IN 46176-4017 | SevenOaks Capital Associates, LLC<br>Dept 470<br>P.O. Box 4869<br>Houston, TX 77210-4869 |
| Shannon Sharp<br>2623 E Scots Ct<br>Anderson, IN 46012-9815 | Shelby Air<br>4551 E. C.R. 200 North<br>Anderson, IN 46012 | Sherwin Williams<br>627 Meridian St.<br>Anderson, IN 46016-1518 |
| Somerset Logistics, LLC<br>2159 N. Thompson Lane<br>Suite B-8<br>Murfreesboro, TN 37129-6071 | Sonitrol Security System<br>120 W 6th Street<br>Anderson, IN 46016-1199 | Southeast Logistics<br>P.O. Box 1309<br>Tuscaloosa, AL 35403-1309 |

```
Southeastern Indiana Health          Sparks Commercial Tires Inc         Speedway Superamerica LLC
417 Washington St.                   1230 North Jackson Street            PO Box 740587
Columbus, IN 47201-6757              Greencastle, IN 46135-8929           Cincinnati, OH 45274-0587


St Freight, LLC                      St. Vincent Medical Group, Inc       Standard Insurance Company
P.O. Box 1147                        P.O. Box 12812                       75 Remittance Drive, Suite 1396
Manitowoc, WI 54221-1147             Belfast, ME 04915-4040               Chicago, IL 60675-1396


Staples Business Advantage           State Gear Div. of Precision         State Line Steel, LLC
P.O. Box 83689                       3510 E Raymond St.                   P.O. Box 12
Chicago, IL 60696-3689               Indianapolis, IN 46203-4745          Danville, KY 40423-0012


Steel Consultants, Inc.              Steel Plus Solutions                 Steel Technologies LLC
P.O. Box 3057                        c/o- Coface North America Ins Co.    700 North Hurstbourne Parkway
Munster, IN 46321-0057               50 Millstone Road                    Suite 400
                                     Bldg. 100 - Suite 360                Attn: Legal
                                     East Windsor, NJ 08520-1415          Louisville, KY 40222-5396


Steel Technologies, Inc.             Steel Technologies, Inc.             Steel Technologies- Canada
15166 Collections Center Drive       Attn: Christy Ferko, Corporate Counsel  C/O LKBX# 915011
Chicago, IL 60693-0001               700 N Hurstbourne Parkway, Ste 400   P.O. Box 4090, Stn A
                                     Louisville, KY 40222-5396            Toronto, ON


Steel Warehouse Co #774005           Steelmax Corp                        Stoops Freightliner-Quality Trail
4005 Solutions Center                5868 E Berneil Ln                    27825 Network Place
Chicago, IL 60677-4000               Paradise Valley, AZ 85253-1734       Chicago, IL 60673-1278


Suburban Propane                     Summit Metals of Alabama             Sun States Steel Corp.
P.O. Box 206                         5145 Trace Crossings Dr              P.O. Box 162435
Whippany, NJ 07981-0206              Birmingham, AL 35244-3955            Atlanta, GA 30321-2435


Sunbelt Finance LLC                  Sunteck Transport Co Inc             Superior Steel Supply Inc
P.O. Box 17000                       6413 Congress Ave                    #774013
Jonesboro, AR 72403-6717             Boca Raton, FL 33487-2854            4013 Solutions Center
                                                                          Chicago, IL 60677-4000


Sureway Transportation Co.           Surplus Metals Corp                  Surplus Metals Corporation
NW 7130                              32 Parking Plaza, Suite 301          Coface North America Insurance Company
P.O. Box 1450                        Ardmore, PA 19003-2443               50 Millstone Rd., Bldg. 100, Ste. 360
Minneapolis, MN 55485-7130                                                East Windsor, NJ 08520-1415


Target Steel, Inc.                   Target Steel, Inc.                   Tarter Gate Wood Products, LLC
Coface North America Insurance Company  Department 78017                  P.O. Box 10
50 Millstone Rd., Bldg. 100, Ste. 360   P.O. Box 77000                    10739 South US 127
East Windsor, NJ 08520-1415          Detroit, MI 48278-0001               Dunnville, KY 42528-6037
```

| | | |
|---|---|---|
| Taurus Tool & Engineering Inc<br>James McDonald<br>5101 W. CR 400 South<br>Muncie, IN 47302-8984 | Taylor Steel Inc<br>2260 Industrial Trace<br>Warren, OH 44481-9264 | Taylor Steel Inc<br>Euler Hermes Insurance Company<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117-5173 |
| Taylor Steel Inc- Canada<br>477 Arvin Ave<br>Stoney Creek, ON L8E 2N1<br>Canada | Taylor Steel Inc.<br>Euler Hermes North America Ins. Co.<br>Agent of Taylor Steel Inc.<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117-5190 | Tennessee Steel Haulers, Inc.<br>Attn: Jon Bacwell<br>776 Melrose Ave.<br>Nashville, TN 37211-2151 |
| The Universal Steel Co<br>P.O. Box 74645<br>Cleveland, OH 44194-4645 | The Worthington Steel Company<br>Melissa S. Giberson<br>52 E Gay Steet, PO Box 1008<br>Columbus, OH 43216-1008 | Thunder Funding<br>5355 Avenida Encinas, Suite 201<br>Carlsbad, CA 92008-4360 |
| Thyssenkrupp Materials NA<br>148 Integrity Drive<br>Woodstock, AL 35188-1200 | Thyssenkrupp Materials NA<br>2716 Old Richburg Rd<br>Richburg, SC 29729-9022 | Timberlea Steel Inc.<br>3455 Harvester Road<br>Unit #8<br>BurlingtonL7N3P2 Ontario |
| Torch Steel Processing<br>8103 Lynch Road<br>Detroit, MI 48234-4142 | Total Quality Logistics<br>1701 Edison Dr<br>Milford, OH 45150-2728 | Total Quality Logistics, Inc<br>P.O. Box 634558<br>Cincinnati, OH 45263-4558 |
| Transcend Inc.<br>2613 Lancaster Hwy<br>Chester, SC 29706-8625 | Transfreight Trucking<br>c/o Transfreight Logistics<br>8 Mulberry Ave<br>Union, MO 63084-1834 | Transportation Express<br>American Motorways, Inc.<br>P.O. Box 1306<br>Columbus, NE 68602-1306 |
| Travelers Indemnity Company<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 361345<br>Columbus, OH 43236-1345 | Triad Metals Int'l<br>1 Village Road<br>Horsham, PA 19044-3899 | Triamerica Steel Resources LLC<br>Euler Hermes North America Ins Co<br>Agent of Triamerica Steel Resources, LLC<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117-5190 |
| Tru-Cut<br>3111 S. Madison Ave<br>Anderson, IN 46016-6011 | Trustmark Life Insurance Company<br>P.O. Box 75317<br>Chicago, IL 60675-5317 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 |
| U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | US Logistics LLC<br>P.O. Box 14309<br>Cincinnati, OH 45250-0309 | UniFirst Corporation<br>4201 Industrial Blvd.<br>Indianapolis, IN 46254-2515 |
| United Calibration Corpo<br>5802 Engineer Drive<br>Huntington Beach, CA 92649-1177 | United States Steel<br>6800 Reliable Parkway<br>Chicago, IL 60686-0001 | United States Steel Corporation<br>600 Grant Street, Room 1500<br>Pittsburgh, PA 15219-2754 |

| | | |
|---|---|---|
| Universal Metals LLC<br>P.O. Box 932719<br>Cleveland, OH 44193-0015 | Universal Steel Company<br>Euler Hermes North American Insurance Co<br>800 Red Brook Blvd<br>Owings Mills, MD 21117-5173 | Universal Truckload Inc.<br>P.O. Box 714175<br>Cincinnati, OH 45271-2952 |
| UpShot Services LLC<br>d/b/a JND Corporate Restructuring<br>8269 E. 23rd Ave., Suite 275<br>Denver, CO 80238-3597 | UpShot Services, LLC<br>8269 E. 23rd Ave.<br>Suite 275<br>Denver, CO 80238-3597 | Vectren Energy Delivery<br>Attn Sharon Armstrong<br>PO Box 209<br>Evansville, IN 47702-0209 |
| Vectren Energy Delivery<br>P.O. Box 6248<br>Indianapolis, IN 46206-6248 | Venture Steel Inc<br>60 Disco Road<br>Etobicoke, ON M9W 1L8<br>Canada | Verizon<br>P.O. Box 25505<br>Lehigh Valley, PA 18002-5505 |
| Verizon<br>P.O. Box 4002<br>Acworth, GA 30101-9003 | Elizabeth C Viele<br>Fox Rothschild LLP<br>101 Park Avenue<br>17th Fl.<br>New York, NY 10178-1700 | Viking Materials, Inc.<br>3225 Como Avenue SE<br>Minneapolis, MN 55414-2807 |
| Viking Materials, Inc.<br>Attn: Ms. Kim M. Guzman<br>3225 Como Avenue SE<br>Minneapolis, MN 55414-2807 | Viking Materials, Inc.<br>SDS 12-2459<br>Minneapolis, MN 55486-2459 | Voss Equipment Inc<br>P.O. Box 757<br>Bedford Park, IL 60499-0757 |
| Walter Kalisz<br>702 Nursery Rd<br>Anderson, IN 46012-3513 | Warner Supply, LLC<br>P.O. Box 2788<br>Muncie, IN 47307-0788 | Wellington Steel Supply Inc<br>4095 State Rd 7, Suite L #164<br>Lake Worth, FL 33449-8176 |
| Wells Fargo Bank, National Association<br>C/O Jay Jaffe<br>600 East 96th Street, Suite 600<br>Indianapolis, IN 46240-3789 | West Walker Steel Company<br>5757 Clay Avenue, SW<br>Grand Rapids, MI 49548-5760 | West Walker Steel Company<br>Attn: Joseph J Susnak, General Manager<br>5757 Clay Avenue SW<br>Grand Rapids, MI 49548-5760 |
| West Walker Steel Company<br>c/o John T. Piggins, Miller Johnson<br>PO Box 306<br>Grand Rapids, MI 49501-0306 | Westcoast Components<br>1142 S. Diamond Bar Blvd #244<br>Diamond Bar, CA 91765-2203 | Wildeck, Inc.<br>Edward B. Elkert, Manager of Credit<br>405 Commerce Street<br>Waukesha, WI 53186-5601 |
| Wolverine Steel Inc<br>7555 Airport Hwy<br>Suite B<br>Holland, OH 43528-7867 | Randall L. Woodruff<br>Office of Randall L. Woodruff<br>115-A E Ninth St<br>Anderson, IN 46016-2839 | Worldwide Battery Co LLC<br>9955 Westpoint Drve, Suite 120<br>Indianapolis, IN 46256-3340 |
| Worrell Petroleum Co<br>P.O. Box 64<br>Middletown, IN 47356-0064 | Worthington Specialty Process<br>27390 Network Place<br>Chicago, IL 60673-1273 | Worthington Steel Co.<br>27404 Network Place<br>Chicago, IL 60673-1274 |

| | | |
|---|---|---|
| XSCP<br>P.O. Box 301112<br>Dallas, TX 75303-1112 | XSCP a division of Friedman Industries, Inco<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 | Xcel Steel Processing<br>9301 Central<br>Detroit, MI 48204-2863 |
| Xpo Logistics<br>13777 Ballantyne Corporate Place,<br>Ste 400<br>Charlotte, NC 28277-4411 | Yellen Metals LLC<br>60 Viscount Dr<br>Buffalo, NY 14221-1768 | Z & S Sharp Real Estate, Inc.<br>Attn: Barry Sharp<br>4551 E. C.R. 200 N.<br>Anderson, IN 46012 |
| Z&S Sharp Real Estate, Inc.<br>c/o Jacobson Hile Kight LLC<br>Christine K. Jacobson<br>One Indiana Square, Suite 1600<br>211 N. Pennsylvania<br>Indianapolis, IN 46204 | Z&S Sharp Real Estate, Inc.<br>4551 E. CR 200 N.<br>Anderson, IN 46012 | Zachary Sharp<br>9936 N 775 E<br>Wilkinson, IN 46186-9779 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Focus Management Group<br>5001 W. Lemon St<br>Tampa, FL 33609 | (d)Focus Management Group<br>5001 W. Lemon St.<br>Tampa, FL 33609-1103 | Logistics Dynamics Inc<br>1140 Wehrle Drive<br>Buffalo, NY 14221 |
| Nolan Transportation Group, Inc<br>85 Mill Street<br>Building A, Suite 214<br>Roswell, GA 30075 | | |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Bowden Auto Service<br>1710 N Broadway/MLK<br>Muncie, IN 47303 | J P Transportation Co., Inc.<br>P.O. Box 42066<br>Middletown, OH 45042 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Calderone Advisory Group, LLC | (d)Christine K. Jacobson<br>Jacobson Hile Kight LLC<br>108 E. 9th Street<br>The Elliott House<br>Indianapolis, IN 46202-3302 | (u)Lead Dog Transport, LLC |

| | | |
|---|---|---|
| (d)Morales Group, Inc.<br>5628 W. 74th St.<br>Indianapolis, IN 46278-1752 | (u)Red D Freight Inc | (u)Barry Sharp |
| (u)Summers, Carroll, Whisler LLC | (d)U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St., Ste. 1000<br>Indianapolis, IN 46204-1982 | (d)Unifirst<br>4201 Industrial Blvd<br>Indianapolis, IN 46254-2515 |
| (u)Unsecured Creditor Committee | (u)Wells Fargo Bank, National Association | (d)West Walker Steel Company<br>5757 Clay Avenue SW<br>Grand Rapids, MI 49548-5760 |
| (d)Randall L. Woodruff<br>Office of Randall L. Woodruff<br>115-A E Ninth St<br>Anderson, IN 46016-2839 | End of Label Matrix<br>Mailable recipients   398<br>Bypassed recipients    13<br>Total                 411 | |